# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GLEN HALLIDAY, et.al., | ) | 1:07cv0620 OWW DLB |
| | ) | |
| | ) | FINDINGS AND RECOMMENDATION THAT |
| | ) | PLAINTIFF'S APPLICATION TO PROCEED |
| Plaintiff, | ) | IN FORMA PAUPERIS BE DENIED AND |
| | ) | THAT PLAINTIFF BE ORDERED TO PAY |
| v. | ) | THE $350.00 FILING FEE WITHIN FIFTEEN |
| | ) | DAYS |
| KENT SPJUTE, et.al., | ) | |
| | ) | (Document 2) |
| | ) | |
| | ) | OBJECTIONS DUE MAY 31, 2007 |
| | ) | |
| Defendants. | ) | |

Plaintiff Michael Ioane, filed this civil action on April 24, 2007.[1]

Plaintiff also filed an application to proceed in forma pauperis. An examination of his application reveals that Plaintiff is able to afford the costs of this action. Plaintiff indicates that he is self employed and has earnings of $2,310.67 per month.

Accordingly, it is HEREBY RECOMMENDED that the motion to proceed in forma pauperis be DENIED. See 28 U.S.C. § 1915. It is also RECOMMENDED that Plaintiff be ORDERED to pay the $350.00 filing fee within fifteen (15) days and failure to follow the order result in dismissal of this action pursuant to Local Rule 11-110.

Plaintiff is also advised that to the extent his children are minors he may not represent them in this action. A nonattorney parent or guardian cannot bring a lawsuit in federal court on

---

[1] Also listed as plaintiffs are Glen Halliday, Ashley Ioane, Michael Ioane, Jr. and Shelly Ioane.

1

behalf of a minor without retaining a lawyer. *Johns v. County of San Diego*, 114 F.3d 874, 876 (9th Cir. 1997).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l).  On or before May 31, 2007, plaintiff may file written objections with the court.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated:   **May 10, 2007**                     /s/ **Dennis L. Beck**
                                       UNITED STATES MAGISTRATE JUDGE