UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GLEN HALLIDAY, et al., | ) | 1:07cv0620 OWW DLB |
| | ) | |
| Plaintiff, | ) | ORDER ADOPTING FINDINGS AND RECOMMENDATION |
| v. | ) | (Document 5) |
| KENT SPJUTE, et al., | ) | |
| Defendants. | ) | |

Plaintiff Michael Ioane filed this civil action on April 24, 2007.[1]

On May 15, 2007, the Magistrate Judge issued Findings and Recommendation that Plaintiff be denied leave to proceed in forma pauperis and ordered to pay the filing fee within fifteen (15) days.  The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within fifteen (15) days.  No party has filed objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(c), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations dated May 15, 2007, is ADOPTED IN

---

[1] Also listed as plaintiffs are Glen Halliday, Ashley Ioane, Michael Ioane, Jr. and Shelly Ioane.

1  FULL;

2  2. Plaintiff's application to proceed in forma pauperis is DENIED; and

3  3. Plaintiff SHALL pay the filing fee of $350.00 within fifteen (15) days of the date

4  of this order. Failure to pay the filing fee will result in dismissal of this action.

IT IS SO ORDERED.

**Dated:** **July 21, 2007**              /s/ Oliver W. Wanger
                                         UNITED STATES DISTRICT JUDGE