**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **GLEN HALLIDAY, et al.,** | |
| Plaintiff, | 1:07-cv-0620 OWW DLB |
| v. | |
| **KENT SPJUTE, et al.,** | **ORDER DISMISSING ACTION AND DIRECTING CLERK TO ENTER JUDGMENT** |
| Defendant | |

On July 24, 2007, this Court adopted the Findings and Recommendation of the Magistrate Judge denying plaintiffs application to proceed in forma pauperis. This Order further directed the plaintiff to pay the $350.00 filing fee within fifteen (15) days of the date of this order.

As of this date the plaintiff has failed to pay said filing fee and it is therefore ordered that this matter is dismissed without prejudice.

The Clerk of the Court is directed to enter Judgment. IT IS SO ORDERED.

1

Dated:   October 2, 2007            /s/ Oliver W. Wanger
                                    UNITED STATES DISTRICT JUDGE