# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GLEN HALLIDAY, et al., | ) | 1:07cv0620 OWW DLB |
| | ) | |
| | ) | ORDER VACATING JUDGMENT |
| Plaintiff, | ) | |
| | ) | (Document 22, 23) |
| v. | ) | |
| | ) | |
| KENT SPJUTE, et al., | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff filed this civil action on April 24, 2007.

On July 24, 2007, the Court adopted the Magistrate Judge's Findings and Recommendation that Plaintiff be denied leave to proceed in forma pauperis and ordered to pay the filing fee within fifteen (15) days. On October 2, 2007, the Court erroneously dismissed this action for failure to pay the mandatory filing fee. A Clerk's Judgment was entered the same date. Review of the docket reveals that plaintiff in fact paid the filing fee on May 10, 2007.

Accordingly, the Court's Order dismissing this case and corresponding Clerk's Judgment filed October 2, 2007 are HEREBY VACATED. The Clerk of the Court is directed to reopen the case.

IT IS SO ORDERED.

Dated: **October 11, 2007**                    **/s/ Dennis L. Beck**
                                                UNITED STATES MAGISTRATE JUDGE

1