McGREGOR W. SCOTT
United States Attorney

ERIN B. ASHWELL
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone:	(202) 307-6432
Facsimile:	(202) 307-0054
Email:	Erin.B.Ashwell@USDOJ.gov

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLEN HALLIDAY, ASHLEY M. IOANE, SHELLEY J. IOANE, MICHAEL S. IOANE, JR., AND MICHAEL S. IOANE SR.,<br><br>Plaintiffs,<br><br>vs.<br><br>KENT R. SPJUTE, JEAN NOLE, JEFF HODGES, BRIAN APPLEGATE, MICHELLE M. CASAREZ, UNKNOWN DOES 1-20, AND THE UNITED STATES OF AMERICA,<br><br>Defendants. | Case No. 1:07-000620-OWW-DLB<br><br>DECLARATION OF ERIN B. ASHWELL |

I, Erin B. Ashwell, pursuant to 28 U.S.C. § 1746, declare that:

1. I am an attorney with the United States Department of Justice, Tax Division located in Washington, D.C.  I have been assigned to the above-captioned matter.  I submit this Declaration in support of the United States' Motion for An Extension to File a Response and Opposition to Plaintiffs' Request for Entry of Default.

2. The United States, Kent Spjute, Jean Noll, Jeff Hodge, Brian Applegate and Michele Casarez (collectively the "Defendants"), received notice of this case between during August, 2007.

3. On October 2, 2007, prior to the time that the Defendants were required to make an appearance in

2881300.1

1       this action, the Court dismissed this action.  Dkt. #22.

2  4.   On October 2, 2007, the Clerk of the Court entered a judgment dismissing this action.  Dkt. #23.

3  5.   I notified Kent Spjute, Jean Noll, Jeff Hodge, Brian Applegate, and Michele Casarez that this
4       action against them had been dismissed.

5  6.   Because Defendants believed the case was closed, Defendants did not make an appearance in this
6       action.

7  7.   On October 11, 2007, United States Magistrate Judge Dennis Beck issued an order directing the
8       Clerk of the Court to reopen the case due to a clerical error.  Dkt. #24.

9  8.   Kent Spjute, Jean Noll, Jeff Hodge, Brian Applegate, Michele Casarez and I did not receive
10      notice of this order or of the fact that the case has been re-opened.

11 9.   On Friday, November 16, 2007, I became aware that this case had been re-opened.

12      Dated 19th day of November, 2007.

Respectfully submitted,

MCGREGOR W. SCOTT
United States Attorney

/s/-Erin B. Ashwell
ERIN B. ASHWELL
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 683
Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 307-6432