McGREGOR W. SCOTT
United States Attorney

ERIN B. ASHWELL
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone:     (202) 307-6432
Facsimile:      (202) 307-0054
Email:            Erin.B.Ashwell@USDOJ.gov

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLEN HALLIDAY, ASHLEY M. IOANE, SHELLEY J. IOANE, MICHAEL S. IOANE, JR., AND MICHAEL S. IOANE SR.,<br><br>Plaintiffs,<br><br>vs.<br><br>KENT R. SPJUTE, JEAN NOLE, JEFF HODGES, BRIAN APPLEGATE, MICHELLE M. CASAREZ, UNKNOWN DOES 1-20, AND THE UNITED STATES OF AMERICA,<br><br>Defendants. | Case No. 1:07-000620-OWW-DLB<br><br>[PROPOSED] ORDER EXTENDING DEFENDANTS' TIME TO FILE RESPONSE |

The matter before the Court is Defendants' Motion For An Extension of Time to Respond.

Having reviewed the Memorandum and Declaration submitted and good cause being shown it is

ORDERED that Defendants may have thirty (30) days from November 19, 2007 in which to file a

///

///

///

///

///

2882183.11

1 | response in this matter

Dated: _____.

THE HONORABLE DENNIS BECK
UNITED STATES MAGISTRATE JUDGE

Presented by: /s/-Erin B. Ashwell
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 683
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6432