# EXHIBIT B

Case 1:07-cv-00620-AWI-EPG   Document 35-4   Filed 12/19/07   Page 1 of 3

McGREGOR W. SCOTT
United States Attorney

ERIN B. ASHWELL
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone:     (202) 307-6432
Facsimile:      (202) 307-0054
Email:            Erin.B.Ashwell@USDOJ.gov

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLEN HALLIDAY, ASHLEY M. IOANE, SHELLEY J. IOANE, MICHAEL S. IOANE, JR., AND MICHAEL S. IOANE SR., <br><br>　　　　　　Plaintiffs, <br><br>vs. <br><br>KENT R. SPJUTE, JEAN NOLE, JEFF HODGES, BRIAN APPLEGATE, MICHELLE M. CASAREZ, UNKNOWN DOES 1-20, AND THE UNITED STATES OF AMERICA, <br><br>　　　　　　Defendants. | Case No. 1:07-000620-AWI-GSA <br><br> DECLARATION OF MICHELE CASAREZ |

I, MICHELE CASAREZ, declare that:

1.  I am a duly commissioned Special Agent for Criminal Investigation with the Internal Revenue Service.

2.  The Complaint identified me as "Michelle Casarez."  My name is actually Michele Casarez.

3.  This declaration is being made in support of the Federal Defendants' Motion to Dismiss or, in the Alternative, for Summary Judgment.

4.  I have personal knowledge of the facts set forth in this declaration, and if called upon to

2921234.11

1  testify to such facts, I could do so competently.

2  5.  I did not participate in any fashion in the drafting or execution of a search warrant on the
3  residence at 1521 Fruitland Avenue, Atwater, California on or about June 8, 2006.

## CERTIFICATION

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing Declaration is true and correct.

Executed on this 11th day of December, 2007.

*[signature]*

MICHELE CASAREZ
Special Agent, Internal Revenue Service