# EXHIBIT D

McGREGOR W. SCOTT
United States Attorney

ERIN B. ASHWELL
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone:    (202) 307-6432
Facsimile:    (202) 307-0054
Email:           Erin.B.Ashwell@USDOJ.gov

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLEN HALLIDAY, ASHLEY M. IOANE, SHELLEY J. IOANE, MICHAEL S. IOANE, JR., AND MICHAEL S. IOANE, SR.,<br><br>Plaintiffs,<br><br>vs.<br><br>KENT R. SPJUTE, JEAN NOLE, JEFF HODGES, BRIAN APPLEGATE, MICHELLE M. CASAREZ, UNKNOWN DOES 1-20, AND THE UNITED STATES OF AMERICA,<br><br>Defendants. | Case No. 1:07-000620-AWI-GSA<br><br>DECLARATION OF JEFF HODGE |

I, JEFF HODGE, declare that:

1. I am a duly commissioned Special Agent for the Criminal Investigation Division of the Internal Revenue Service ("IRS").

2. The Complaint identified me as "Jeff Hodges." My name is actually Jeff Hodge.

3. This declaration is being made in support of the Federal Defendants' Motion to Dismiss or, in the Alternative, for Summary Judgment.

4. I have personal knowledge of the facts set forth in this declaration, and if called upon to testify to such facts, I could do so competently.

2936292.11

5. During 2006, I was asked to assist in the execution of a search warrant as part of the criminal investigation of Michael Scott Ioane, Sr. Mr. Ioane was and is under investigation for criminal tax fraud and conspiracy.

6. On June 8, 2006, prior to the execution of the warrant, I attended a pre-operational briefing with the other agents of the IRS who would take part in the search of 1521 Fruitland Avenue, Atwater, California ("the Ioane residence"). At that time, I was given an explanation and overview of the investigation, the purposes of the search and what property could be seized as part of the search. I also familiarized myself with the search warrant at that meeting.

7. Prior to the execution of the search warrant, I learned that there were likely firearms located at the Ioane residence.

8. On June 8, 2006, I helped execute the search warrant on the Ioane residence. At approximately 9:05 a.m. I knocked on the front door. Michael Ioane, Sr. let myself and the other agents assisting in the search enter the residence. Only Michael Ioane, Sr. and Shelley Ioane were present in the residence.

9. I was not assigned as a clearing officer.

10. As is standard procedure during the execution of a search warrant, I carried a weapon, a Glock semi-automatic handgun, issued by the Criminal Investigation Division of the IRS. I never removed my service weapon from its holster. I did not point a weapon at either Michael or Shelley Ioane. Moreover, I did not cock my service weapon; in fact, my service weapon cannot be cocked.

11. I never observed anyone pointing a weapon at the heads of Michael or Shelley Ioane.

12. A special agent secured several rifles, including a Colt AR-15 semi-automatic rifle, during the course of the search. These rifles were not seized.

///
///
///

- 2 -

2936292.11

## CERTIFICATION

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing Declaration is true and correct.

Executed on this 18th day of December, 2007.

JEFF HODGE
Special Agent, Internal Revenue Service