McGREGOR W. SCOTT
United States Attorney

ERIN B. ASHWELL
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone:     (202) 307-6432
Facsimile:      (202) 307-0054
Email:            Erin.B.Ashwell@USDOJ.gov

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLEN HALLIDAY, ASHLEY M. IOANE, SHELLEY J. IOANE, MICHAEL S. IOANE, JR., AND MICHAEL S. IOANE, SR.,<br><br>Plaintiffs,<br><br>vs.<br><br>KENT R. SPJUTE, JEAN NOLE, JEFF HODGES, BRIAN APPLEGATE, MICHELLE M. CASAREZ, UNKNOWN DOES 1-20, AND THE UNITED STATES OF AMERICA,<br><br>Defendants. | Case No. 1:07-000620-AWI-GSA<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED that service of the following documents:

1. Motion to Dismiss or in the Alternative for Summary Judgment;

2. Memorandum of Points and Authorities;

3. Statement of Undisputed Facts;

4. Declaration of Kent Spjute;

5. Declaration of Brian Applegate;

6. Declaration of Michele Casarez;

7. Declaration of Jeff Hodge;

2941299.1

8. Declaration of Jean Noll; and

9. this Certificate of Service.

was made this 19th day of December, 2007, by sending copies thereof by United States mail, postage

prepaid, addressed to:

Glen Halliday  
Michael Ioane Sr.  
Michael Ioane Jr.  
Shelly J. Ioane  
Ashley Ioane  
108 E. John St.  
Carson City, NV 89706

        /s/-Erin B. Ashwell  
        ERIN B. ASHWELL  
        Trial Attorney, Tax Division  
        U.S. Department of Justice