IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLEN HALLIDAY, MICHAEL S. IOANE, SR., SHELLY IAONE, ASHLEY M. IOANE, MICHAEL S. IOANE, JR.,<br><br>                Plaintiffs,<br><br>        v.<br><br>KENT R. SPJUTE, JEAN NOLE, JEFF HODGES, BRIAN APPLEGATE, MICHELLE M. CASAREZ, UNKNOWN DOES 1-20, AND THE UNITED STATES OF AMERICA,<br><br>                Defendants. | CIV F-07-0620 AWI GSA<br><br>ORDER RE: MOTION TO DISMISS OR IN THE ALTERNATIVE FOR SUMMARY JUDGMENT |

On April 24, 2007, Plaintiffs filed their initial complaint alleging Defendants violated their First, Fourth, and Fifth Amendment rights in the execution of a search warrant.  On December 19, 2007, Defendants filed a motion to dismiss, or in the alternative, for summary judgment.  On January 14, 2008, Plaintiffs filed an amended complaint.

Under Fed. R. Civ. Proc. 15(a), "A party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served."  "A motion to dismiss is not a 'responsive pleading' within the meaning of Rule 15."  Crum v. Circus Circus Enters., 231 F.3d 1129, 1130 n.3 (9th Cir. 2000).  Thus, where a motion to dismiss is filed instead of an answer, Rule 15(a) allows a plaintiff to amend the original complaint once as a matter of course without the need of obtaining leave of court.  An "amended complaint supersedes the original, the latter being treated thereafter as non-existent."  Forsyth v. Humana, Inc., 114 F.3d 1467, 1474 (9th Cir.

1  1997).

2     Here, the Defendants did not file an answer, but instead filed a motion to dismiss and a
3 motion to strike.  As no prior amended complaints have been filed, Plaintiffs were entitled to file
4 an amended complaint as a matter of course under Rule 15(a).  The amended complaint
5 supersedes the original complaint, and the original complaint is treated as non-existent.  Since
6 Defendants' motion attacks Plaintiffs' original and now "non-existent" complaint, Defendants'
7 motion is now moot.

8     Accordingly, IT IS HEREBY ORDERED that Defendants' motion is DENIED as moot.

10 IT IS SO ORDERED.

11 **Dated:   January 18, 2008**         **/s/ Anthony W. Ishii**
                                                          UNITED STATES DISTRICT JUDGE