# EXHIBIT A

McGREGOR W. SCOTT
United States Attorney

ERIN B. ASHWELL
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone:      (202) 307-6432
Facsimile:      (202) 307-0054
Email:          Erin.B.Ashwell@USDOJ.gov

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

GLEN HALLIDAY, ASHLEY M. IOANE,           )
SHELLEY J. IOANE, MICHAEL S. IOANE, JR.,  )      Case No. 1:07-000620-AWI-GSA
AND MICHAEL S. IOANE, SR.,                )
                                          )DECLARATION OF KENT SPJUTE
                    Plaintiffs,           )
                                          )
vs.                                       )
                                          )
KENT R. SPJUTE, JEAN NOLE,                )
JEFF HODGES, BRIAN APPLEGATE,             )
MICHELLE M. CASAREZ,                      )
UNKNOWN DOES 1-20, AND                    )
THE UNITED STATES OF AMERICA,             )
                                          )
                    Defendants.           )
                                          )
_____)

I, KENT SPJUTE, declare that:

1.      During June of 2006, I was a duly a commissioned Special Agent with the Criminal

Investigation Division of the Internal Revenue Service ("IRS"), assigned to the criminal

investigation of the Michael Scott Ioane, Sr.  I am currently retired from this post.

2.      This declaration is being made in support of the Federal Defendants' Motion to Dismiss

or, in the Alternative, for Summary Judgment.

3.      I have personal knowledge of the facts set forth in this declaration, and if called upon to

testify to such facts, I could do so competently.

2936314.11

4.      My last assignment was working as an IRS Special Agent in Fresno, California. While working there, I coordinated the criminal investigation of V. Steven Booth and Louise Q. Booth, which includes Michael Scott Ioane, Sr.

5.      Michael Scott Ioane, Sr. was and is under investigation for criminal tax fraud and conspiracy for tax years beginning in 1999. He is believed to use trusts to carry out that fraud.

6.      With the assistance of IRS counsel, I prepared an application for a warrant to search 1521 Fruitland Avenue, Atwater, California, the residence of Michael Scott Ioane, Sr. ("the Ioane residence"). I also drafted a lengthy affidavit explaining why a search of that location was necessary. The affidavit was reviewed by an Assistant United States attorney and by IRS counsel. The affidavit is currently filed under seal because of the on-going criminal investigation.

7.      The application for a warrant was reviewed by a United States Magistrate Judge and a warrant was signed on or about June 7, 2006.

8.      I have reviewed the exhibits attached to the Complaint For Damages For Constitutional Violations and Declaratory and Injunctive Relief, ("Complaint"), and recognize those exhibits to be portions of the warrants.

9.      I drafted the list of property to be seized that was attached to the warrant. This list is also included in the exhibits to the Complaint. The names and entities referenced in that list are all individuals believed to be involved in Ioane's fraudulent activities and efforts at tax evasion.

10.      On June 8, 2006, prior to the execution of the warrant, I held a pre-operational briefing with the other agents of the Internal Revenue Service who would take part in the search of the Ioane residence located. Jean Noll, Jeff Hodges, and Brian Applegate all attended the pre-operational briefing. At that time, I gave an explanation and overview of the investigation, the purposes of the search and what property could be seized as part of the search.

2936314.11

11.    Prior to the execution of the search warrant I learned that there were likely firearms in the Ioane residence.

12.    On June 8, 2006, I helped execute a search warrant on the Ioane residence. Only Michael Ioane, Sr. and Shelley Ioane were present at the residence.

13.    I was not assigned as a clearing officer.

14.    As is standard procedure during the execution of a search warrant, I carried a weapon, a Glock semi-automatic handgun, issued by the Criminal Investigation Division of the IRS. I never removed my service weapon from its holster. I did not point a weapon at either Michael or Shelley Ioane. Moreover, I did not cock my service weapon; in fact, my service weapon cannot be cocked.

15.    I never observed anyone pointing a weapon at the heads of Michael or Shelley Ioane.

## CERTIFICATION

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing Declaration is true and correct.

Executed on this _19_th day of December, 2007.

_Kent Spjute_
KENT SPJUTE
Special Agent, Internal Revenue Service

- 3 -

2936314.11