# EXHIBIT B

1  McGREGOR W. SCOTT
   United States Attorney
2
   ERIN B. ASHWELL
3  Trial Attorney, Tax Division
   U.S. Department of Justice
4  P.O. Box 683
   Ben Franklin Station
5  Washington, D.C.  20044-0683
   Telephone:     (202) 307-6432
6  Facsimile:     (202) 307-0054
   Email:         Erin.B.Ashwell@USDOJ.gov
7
   Attorneys for the United States of America
8
                    IN THE UNITED STATES DISTRICT COURT FOR THE
9
                         EASTERN DISTRICT OF CALIFORNIA
10
   GLEN HALLIDAY, ASHLEY M. IOANE,         )
11 SHELLEY J. IOANE, MICHAEL S. IOANE, JR., )    Case No. 1:07-000620-AWI-GSA
   AND MICHAEL S. IOANE SR.,               )
12                                          )DECLARATION OF MICHELE CASAREZ
                        Plaintiffs,         )
13                                          )
   vs.                                      )
14                                          )
   KENT R. SPJUTE, JEAN NOLE,              )
15 JEFF HODGES, BRIAN APPLEGATE,           )
   MICHELLE M. CASAREZ,                    )
16 UNKNOWN DOES 1-20, AND                  )
   THE UNITED STATES OF AMERICA,           )
17                                          )
                        Defendants.         )
18                                          )
   _____ )
19
            I, MICHELE CASAREZ, declare that:
20
       1.    I am a duly commissioned Special Agent for Criminal Investigation with the Internal
21
             Revenue Service.
22
       2.    The Complaint identified me as "Michelle Casarez."  My name is actually Michele
23
             Casarez.
24
       3.    This declaration is being made in support of the Federal Defendants' Motion to Dismiss
25
             or, in the Alternative, for Summary Judgment.
26
       4.    I have personal knowledge of the facts set forth in this declaration, and if called upon to
27
28
                                                                                        2921234.11

1  testify to such facts, I could do so competently.

2  5.   I did not participate in any fashion in the drafting or execution of a search warrant on the

3  residence at 1521 Fruitland Avenue, Atwater, California on or about June 8, 2006.

4  **CERTIFICATION**

5  Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing Declaration is

6  true and correct.

7  Executed on this 11 th day of December, 2007.

10  MICHELE CASAREZ
Special Agent, Internal Revenue Service

28  - 2 -

2921234.11

TOTAL P.03