# EXHIBIT C

McGREGOR W. SCOTT
United States Attorney

ERIN B. ASHWELL
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone:     (202) 307-6432
Facsimile:      (202) 307-0054
Email:           Erin.B.Ashwell@USDOJ.gov

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLEN HALLIDAY, ASHLEY M. IOANE, SHELLEY J. IOANE, MICHAEL S. IOANE, JR., AND MICHAEL S. IOANE, SR.,<br><br>Plaintiffs,<br><br>vs.<br><br>KENT R. SPJUTE, JEAN NOLE, JEFF HODGES, BRIAN APPLEGATE, MICHELLE M. CASAREZ, UNKNOWN DOES 1-20, AND THE UNITED STATES OF AMERICA,<br><br>Defendants. | Case No. 1:07-000620-AWI-GSA<br><br>DECLARATION OF BRIAN APPLEGATE |

I, BRIAN APPLEGATE, declare that:

1. I am a duly commissioned Special Agent with the Criminal Investigation Division of the Internal Revenue Service ("IRS").

2. This declaration is being made in support of the Federal Defendants' Motion to Dismiss or, in the Alternative, for Summary Judgment.

3. I have personal knowledge of the facts set forth in this declaration, and if called upon to testify to such facts, I could do so competently.

4. During 2006, I was asked to assist in the execution of a search warrant as part of the

1

criminal investigation of Michael Scott Ioane, Sr.

5. On June 8, 2006, prior to the execution of the warrant, I attended a pre-operational briefing with the other agents of the IRS who would take part in the search of 1521 Fruitland Avenue, Atwater, California ("the Ioane residence"). At that time, I was given an explanation and overview of the investigation, the purposes of the searches and what property could be seized as part of the search. I also familiarized myself with the warrant at that meeting.

6. Prior to the execution of the search warrant, I learned that there were likely firearms located at the Ioane residence.

7. On June 8, 2006, I helped execute a search warrant on the Ioane residence. I was part of the clearing team. During the execution of every search warrant, a clearing team quickly surveys the location to be searched, checking for potential dangers, such as hidden individuals or weapons. The purpose of the clearing team is to declare the search location safe.

8. As is standard procedure during the execution of a search warrant, I carried a weapon, a Glock semi-automatic handgun, issued by the Criminal Investigation Division of the IRS. I may have removed my service weapon from its holster during the approximately 90 seconds I spent clearing of a portion of the residence. However, I did not encounter any individuals and I did not point a gun at either Michael or Shelley Ioane.

9. I did not unholster my service weapon at any other time. Moreover, I did not cock my service weapon; in fact, my service weapon cannot be cocked.

10. I never observed anyone pointing a weapon at Michael or Shelley Ioane.

### CERTIFICATION

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing Declaration is

///

///

///

- 2 -

1 | true and correct.

2 |     Executed on this _17_th day of December, 2007.

 

                                        BRIAN APPLEGATE
                                        Special Agent, Internal Revenue Service