IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLEN HALLIDAY, MICHAEL S. IOANE, SR., SHELLY IAONE, ASHLEY M. IOANE, MICHAEL S. IOANE, JR.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>KENT R. SPJUTE, JEAN NOLE, JEFF HODGES, BRIAN APPLEGATE, MICHELLE M. CASAREZ, UNKNOWN DOES 1-20, AND THE UNITED STATES OF AMERICA,<br><br>　　　　　Defendants. | CIV F-07-0620 AWI GSA<br><br>ORDER VACATING HEARING DATE OF MARCH 3, 2008 AND TAKING MATTER UNDER SUBMISSION |

　　Defendants have made a motion to dismiss. Doc. 44. Plaintiff filed a timely opposition. Doc. 45. Defendants have filed a reply. Doc. 46. The hearing for this motion was set for 1:30 PM, Monday, March 3, 2008. The court has reviewed the papers filed and has determined that the motion is suitable for decision without oral argument. See Local Rule 78-230(h).

　　Therefore, IT IS HEREBY ORDERED that the previously set hearing date of March 3, 2008 is VACATED, and no party shall appear at that time. As of March 3, 2008, the court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   February 28, 2008                    /s/ Anthony W. Ishii
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE