McGREGOR W. SCOTT
United States Attorney

LAUREN M. CASTALDI
COLIN C. SAMPSON
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 514-9668
Telephone: (202) 514-6062
Email: Lauren.m.castaldi@usdoj.gov
Email: Colin.C.Sampson@usdoj.gov

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLEN HALLIDAY, ASHLEY M. IOANE, SHELLY J. IOANE, MICHAEL S. IOANE, JR., AND MICHAEL S. IOANE, SR., <br><br> Plaintiffs, <br><br> vs. <br><br> KENT R. SPJUTE, JEAN NOLE, JEFF HODGES, BRIAN APPLEGATE, MICHELLE M. CASAREZ, UNKNOWN DOES 1-20, AND THE UNITED STATES OF AMERICA, <br><br> Defendants. | Case No. 1:07-000620-AWI-GSA <br><br> DECLARATION OF COLIN C. SAMPSON |

I, Colin C. Sampson, in accordance with 28 U.S.C. §1746(2), declare:

1.      I am a Trial Attorney employed in the Tax Division of the United States Department of Justice, with my office in Washington, D.C.  I have been assigned as counsel to represent the United States in this case.  I make this declaration in support of the motion to seal the Declaration of Michele Casarez which will be filed in support of the respondent's motion to stay proceedings in this case.

2.      I have learned that the Internal Revenue Service, Criminal Investigation Division, is

1   currently investigating a tax evasion scheme.  Michele Casarez, a duly commissioned Special Agent for

2   the Criminal Investigation Division, is currently overseeing the investigation.

3       3.    Special Agent Casarez has prepared a Declaration in support of the United States' motion

4   to stay proceedings in this case, to be filed under seal.  Although I have not seen that declaration, I have

5   been advised that the Casarez Declaration describes the criminal investigation in greater detail, and

6   explains in greater detail why allowing discovery and case development to proceed in this civil case

7   would interfere with the work on the criminal case.  Special Agent Michele Casarez has advised me that

8   to file her declaration in public would disclose matters protected from disclosure by Rule 6(e) of the

9   Federal Rules of Criminal Procedure, material that must be kept secret, and could jeopardize the on-going

10  criminal investigation and potential future trial.  She has also advised me that to allow the Plaintiffs in

11  this case to see her declaration would give them access to matters which occurred before the grand jury

12  that Rule 6(e) now prohibits them from obtaining.

13      4.    For these reasons, the Court should permit the respondent to file the Casarez Declaration

14  under seal, and grant the respondent's motion to stay proceedings in this case.

16      I declare under penalty of perjury that the foregoing is true and correct.

17  Dated this 21st day of October, 2008.

19      /s/-Colin C. Sampson
    COLIN C. SAMPSON
    Trial Attorney, Tax Division
20     U.S. Department of Justice
    Post Office Box 683
21     Ben Franklin Station
    Washington, D.C.  20044
22     Telephone: (202) 514-6062