McGREGOR W. SCOTT
United States Attorney

LAUREN M. CASTALDI
COLIN C. SAMPSON
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 514-9668
Telephone: (202) 514-6062
Email: Lauren.m.castaldi@usdoj.gov
Email: Colin.C.Sampson@usdoj.gov

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLEN HALLIDAY, ASHLEY M. IOANE, SHELLY J. IOANE, MICHAEL S. IOANE, JR., AND MICHAEL S. IOANE, SR.,<br><br>Plaintiffs,<br><br>vs.<br><br>KENT R. SPJUTE, JEAN NOLE, JEFF HODGES, BRIAN APPLEGATE, MICHELLE M. CASAREZ, UNKNOWN DOES 1-20, AND THE UNITED STATES OF AMERICA,<br><br>Defendants. | Case No. 1:07-000620-AWI-GSA<br><br>PROPOSED ORDER ALLOWING FILING *EX PARTE* AND UNDER SEAL |

Good cause appearing therefore, IT IS HEREBY ORDERED THAT the Declaration of Michele Casarez submitted in support of the United States' Motion to Stay Proceedings is to be filed *ex parte* and maintained under seal until further order of the Court. Neither the respondent nor the Clerk shall provide copies of the Casarez Declaration to the Plaintiffs.

IT IS SO ORDERED.

1  ///

2  DATED: 10-21-08

                              Anthony W. Ishii, United States District Judge

6  Presented by:

7  McGREGOR W. SCOTT
   United States Attorney

   s/ Colin C. Sampson
9  LAUREN M. CASTALDI
   COLIN C. SAMPSON
10 Trial Attorneys, Tax Division
   U.S. Department of Justice
11 Post Office Box 683
   Ben Franklin Station
12 Washington, D.C. 20044
   Telephone: (202) 514-9668
13 Telephone: (202) 514-6062

- 2 -