1

2

3

4

5

6

7                       IN THE UNITED STATES DISTRICT COURT FOR THE

8                              EASTERN DISTRICT OF CALIFORNIA

9

10   GLEN HALLIDAY, MICHAEL S. IOANE,        )        1:07-cv-00620 AWI GSA
     SR., SHELLY J. IOANE, ASHLEY M.         )
11   IOANE, MICHAEL S. IOANE, JR.,           )        ORDER VACATING HEARING
                                             )        OF NOVEMBER 21, 2008, AND
12              Plaintiffs,                   )        TAKING MATTER UNDER
                                             )        SUBMISSION
13                                           )
     vs.                                     )
14                                           )
                                             )
15   KENT R. SPJUTE, et al.,                 )
                                             )
16              Defendants.                   )
     _____)

17

18

19          Currently pending before this Court is Defendant United States' Motion for a Stay.

20   This motion is set for hearing on November 21, 2008, at 9:30 a.m.  Plaintiffs have filed an

21   opposition.  The Court has reviewed the papers and has determined that this matter is suitable

22   for decision without oral argument.  Local Rule 78-230(h).

23          Therefore, IT IS HEREBY ORDERED that the previously set hearing date of

24   November 21, 2008, is VACATED, and the parties shall not appear at that time.  As of

25   November 21, 2008, the Court will take the motion under submission and will thereafter

26   issue its decision.

27

28      IT IS SO ORDERED.

                                                                                    -1-

1    **Dated:**    <u>**November 19, 2008**</u>         <u>      **/s/ Gary S. Austin**      </u>

2                                 UNITED STATES MAGISTRATE JUDGE