1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

9   GLEN HALLIDAY, et al.                )   1:07-cv-00620 AWI GSA
                                         )
10              Plaintiffs,              )
                                         )   ORDER REQUIRING ALL PLAINTIFFS TO
11      v.                               )   ADVISE THE COURT REGARDING HIS OR
                                         )   HER CURRENT ADDRESS AND
12   KENT R. SPJUTE, et al.,             )   TELEPHONE NUMBER
                                         )
13              Defendants.              )
     _____)

14

15

16      The Court notes that a "Notice of Change of Address" (Doc. 81) was filed May 1, 2009,

17   for "Michael Scott Ioane," signed by "Michael Ioane."  However, the document is ambiguous for

18   it fails to designate whether it pertains to Plaintiff **Michael S. Ioane Sr.** or Plaintiff **Michael S.**

19   **Ioane Jr.**

20      Additionally, "Plaintiffs' Response and Opposition to Stay Extension" (Doc. 84) filed on

21   May 14, 2009, included a notation that Plaintiffs all had the "same address" and telephone

22   number on Robinson Street in Carson City, Nevada.  Nevertheless, no other Plaintiff has filed a

23   Notice of Change of Address.

24      Currently, the Court's docket continues to reflect an address on John Street in Carson

25   City, Nevada, for all Plaintiffs except Michael S. Ioane, Jr.

26      On June 16, 2009, mail addressed to the remaining Plaintiffs on John Street was returned

27   to the Court, marked "Undeliverable, Not Deliverable, Unable to Forward."

28   //

1

1    Plaintiffs are advised that a plaintiff proceeding in propria persona has an affirmative duty

2  to keep the Court and opposing parties informed of his or her current address.  If a plaintiff

3  moves and fails to file a notice of change of address, service of Court orders at a plaintiff's prior

4  address shall constitute effective notice.  *See* Local Rules 83-182(f) & 83-183(b).

5    In light of the ambiguity of the document referencing an address change for "Michael

6  Scott Ioane" and because mail has been returned to the Court marked undeliverable as to other

7  Plaintiffs, **all Plaintiffs to this action are to ordered to clarify for the Court his or her**

8  **current address and phone number, as to each individually, within fourteen (14) days of**

9  **the service of this order**.

10

11    IT IS SO ORDERED.

12    **Dated:    June 23, 2009**            /s/ **Gary S. Austin**
                                          UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28