BENJAMIN B. WAGNER
United States Attorney

LAUREN M. CASTALDI
G. PATRICK JENNINGS
COLIN C. SAMPSON
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone:   (202) 514-9668
Facsimile:   (202) 307-0054
Email:       Lauren.M.Castaldi@usdoj.gov
             Colin.C.Sampson@usdoj.gov
             Guy.P.Jennings@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLEN HALLIDAY, ASHLEY M. IOANE, SHELLY J. IOANE, MICHAEL S. IOANE, JR., AND MICHAEL S. IOANE, SR.,<br><br>Plaintiffs,<br><br>vs.<br><br>KENT R. SPJUTE, JEAN NOLE, JEFF HODGES, BRIAN APPLEGATE, MICHELLE M. CASAREZ, UNKNOWN DOES 1-20, AND THE UNITED STATES OF AMERICA,<br><br>Defendants. | Case No. 1:07-CV-0620 AWI GSA<br><br>**CERTIFICATE OF SERVICE** |

I, Colin C. Sampson, declare that service of the following:

1. **UNITED STATES' STATUS REPORT and ATTACHMENT 1; and**

2. **CERTIFICATE OF SERVICE** .

have been made this 20th day of May of 2010 by placing a copy thereof in the United States Mail in a postage-prepaid envelope addressed to:

*CERTIFICATE OF SERVICE*

1  Glen Halliday
   Michael Ioane Jr.
2  Shelly J. Ioane
   Ashley Ioane
3  108 E. John St.
   Carson City, NV 89706

4  Michael Ioane
   214 W. Robinson Street, #888,
5  Carson City, NV 89703

          /s/ Colin C. Sampson
          COLIN C. SAMPSON
          Trial Attorney, Tax Division
          U.S. Department of Justice