IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLEN HALLIDAY, MICHAEL S. IOANE, SR., SHELLY IAONE, ASHLEY M. IOANE, MICHAEL S. IOANE, JR.,<br><br>Plaintiffs,<br><br>v.<br><br>KENT R. SPJUTE, JEAN NOLE, JEFF HODGES, BRIAN APPLEGATE, MICHELLE M. CASAREZ, UNKNOWN DOES 1-20, AND THE UNITED STATES OF AMERICA,<br><br>Defendants. | CIV F-07-0620 AWI GSA<br><br>ORDER VACATING HEARING DATE OF DECEMBER 12, 2011 AND TAKING MATTER UNDER SUBMISSION |

Defendant United States has made a motion to lift the existing stay on the case. Plaintiffs oppose the motion. The court has reviewed the papers filed and has determined that the motion is suitable for decision without further oral argument. See Local Rule 230(g).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of December 12, 2011, is VACATED, and no party shall appear at that time. As of that date, the court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   December 6, 2011

_____
CHIEF UNITED STATES DISTRICT JUDGE