# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLEN HALLIDAY, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>KENT R. SPJUTE, *et al.*,<br><br>　　　　　Defendants. | 1:07-cv-00620 AWI GSA<br><br>**ORDER GRANTING REQUESTS OF PRO SE LITIGANTS TO E-FILE**<br><br>(Document 112) |

　　　　Plaintiffs Glen Halliday, Michael S. Ioane, Sr., Shelly J. Ioane, Ashley M. Ioane, and Michael S. Ioane, Jr., have requested they be permitted to e-file documents on this Court's CM/ECF case management system.

　　　　Local Rule 133(b)(2) permits pro se litigants to utilize the electronic filing system with the permission of the assigned Judge or Magistrate Judge.

　　　　Plaintiffs' request is GRANTED. The Clerk of the Court is directed to mail to each Plaintiff the "Petition by Pro Se Litigant for ECF Registration and Consent to Electronic Service" form. Plaintiffs shall be responsible for filing all documents in paper form, until such time as they have each returned the "Petition by Pro Se Litigant for ECF Registration and Consent to Electronic Service" form and are issued a login and password.

//

//

1  In addition, Plaintiffs must provide and are required to maintain a working email address.
2 In their request, the Court notes that Plaintiffs indicate they have dedicated the email address of
3 info@truthinlaw.org for that purpose.

5  IT IS SO ORDERED.

6  Dated:   **October 11, 2012**              /s/ **Gary S. Austin**
                                                                       UNITED STATES MAGISTRATE JUDGE