KATHRYN KENEALLY
Assistant Attorney General

G. PATRICK JENNINGS
LAUREN M. CASTALDI
COLIN C. SAMPSON
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone:     (202) 307-6432
Facsimile:     (202) 307-0054
Email:         Guy.P.Jennings@USDOJ.gov
               Lauren.M.Castaldi@USDOJ.gov
               Colin.C.Sampson@USDOJ.gov

*Of Counsel:*
BENJAMIN B. WAGNER
United States Attorney

*Attorneys for the United States of America*

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLEN HALLIDAY, ASHLEY M. IOANE, SHELLEY J. IOANE, MICHAEL S. IOANE, JR., MICHAEL S. IOANE, SR., and BRIANA C. IOANE<br><br>Plaintiffs,<br><br>vs.<br><br>KENT R. SPJUTE, JEAN NOLL, JEFF HODGE, BRIAN APPLEGATE, MICHELE M. CASAREZ, UNKNOWN DOES 1-20, AND THE UNITED STATES OF AMERICA,<br><br>Defendants. | Case No. 1:07-000620-AWI-GSA<br><br>DECLARATION OF KENT SPJUTE |

I, KENT SPJUTE, declare that:

1.    During June of 2006, I was a duly a commissioned Special Agent for the Internal Revenue Service - Criminal Investigation, assigned to the criminal investigation of the Michael Scott Ioane, Sr. I am currently retired from this post.

2936314.11

2.   This declaration is being made in support of the Federal Defendants' Motion to Dismiss or, in the Alternative, for Summary Judgment.

3.   I have personal knowledge of the facts set forth in this declaration, and if called upon to testify to such facts, I could do so competently.

4.   My last assignment was working as an IRS Special Agent in Fresno, California. While working there, I coordinated the criminal investigation of V. Steven Booth and Louise Q. Booth, which includes Michael Scott Ioane, Sr.

5.   Michael Scott Ioane, Sr. was under investigation for criminal tax fraud and conspiracy for tax years beginning in 1999. He was believed to use trusts to carry out that fraud.

6.   With the assistance of IRS counsel, I prepared an application for a warrant to search 1521 Fruitland Avenue, Atwater, California, the residence of Michael Scott Ioane, Sr. ("the Ioane residence"). I also drafted an affidavit explaining why a search of that location was necessary. The affidavit was reviewed by an Assistant United States attorney and by IRS counsel. A true and correct copy of the affidavit, no longer under seal, is attached hereto as Exhibit 1.

7.   The application for a warrant was reviewed by a United States Magistrate Judge and a warrant was signed on or about June 7, 2006.

8.   I have reviewed the exhibit attached to the Second Amended Complaint For Damages For Constitutional Violations and Declaratory and Injunctive Relief, ("Second Amended Complaint"), and recognize that exhibit to be portions of the warrant.

9.   I drafted the list of property to be seized that was attached to the warrant (Attachment B). This list is also included in the exhibits to the Second Amended Complaint. The names and entities referenced in that list are all individuals believed to be involved in Michael Ioane's fraudulent activities and efforts at tax evasion.

10.  On June 8, 2006, prior to the execution of the warrant, I held a pre-operational briefing with the other agents of the Internal Revenue Service who would take part in the search of the Ioane residence. IRS Special Agents Jean Noll, Jeff Hodge, and Brian Applegate

- 2 -

2936314.11

1        attended the pre-operational briefing.  At that time, I gave an explanation and overview of

2        the investigation, the purposes of the search and the property that could be seized as part

3        of the search.

4   11.  Prior to the execution of the search warrant I learned that there were likely firearms in the

5        Ioane residence as the Ioanes had registered weapons.

6   12.  On June 8, 2006, I helped execute a search warrant on the Ioane residence.  While I did

7        enter the Ioane residence, many other agents remained outside the Ioane residence during

8        the course of the entire search.

9   13.  Only Michael Ioane, Sr. and Shelley Ioane were present at the residence.

10  14.  As is standard procedure during the execution of a search warrant, I carried a weapon, a

11        Glock semi-automatic handgun, issued by IRS-Criminal Investigation.  I never removed

12        my service weapon from its holster.  I did not point a weapon at either Michael or Shelley

13        Ioane.

14  15.  I never observed anyone pointing a weapon at the heads of Michael or Shelley Ioane.

15  16.  I did not hear any agent yell at Special Agent Applegate, or any other agent, to holster his

16        weapon.

17  17.  There were numerous records stored at the Ioane residence. Mr. Ioane had a home office

18        that had several bookshelves filled with binders of documents.  He also had file cabinets

19        in the garage full of documents. Finally Mr. Ioane had an outlying building/storage shed

20        filled with documents.

21  18.  In executing the search warrant, the Special Agents took care to only seize materials that

22        were within the scope of the search warrant. I was available for consultation if any Special

23        Agent had a question about whether certain records were within the scope of the warrant.

24        Given the volume of materials at the Ioane residence and the complexity of Mr. Ioane's

25        suspected crimes, it was a laborious search. We spent nearly six and a half hours

26        reviewing materials and ultimately selected only the records that we reasonablely believed

27        were in the scope of the warrant to seize given the facts and circumstances of the search.

28

- 3 -

1

2                              **CERTIFICATION**

3          Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing Declaration is

4   true and correct.

5          Executed on this __5__ th day of November, 2012.

6

7

8                                                    KENT SPJUTE
                                                     Special Agent, Internal Revenue Service
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                     - 4 -                                    2936314.11