
1  KATHRYN KENEALLY
   Assistant Attorney General
2
   G. PATRICK JENNINGS
3  LAUREN M. CASTALDI
   COLIN C. SAMPSON
4  Trial Attorneys, Tax Division
   U.S. Department of Justice
5  P.O. Box 683, Ben Franklin Station
   Washington, D.C. 20044-0683
6  Telephone:   (202) 307-6432
   Facsimile:   (202) 307-0054
7  Email:       Guy.P.Jennings@USDOJ.gov
                Lauren.M.Castaldi@USDOJ.gov
8               Colin.C.Sampson@USDOJ.gov

9  *Of Counsel:*
   BENJAMIN B. WAGNER
10 United States Attorney

11 *Attorneys for the United States of America*

12
                    IN THE UNITED STATES DISTRICT COURT FOR THE
13
                              EASTERN DISTRICT OF CALIFORNIA
14

15 GLEN HALLIDAY, ASHLEY M. IOANE,     )
   SHELLEY J. IOANE, MICHAEL S. IOANE, JR., )   Case No. 1:07-000620-AWI-GSA
   MICHAEL S. IOANE, SR.,              )
16 and BRIANA C. IOANE                 )   DECLARATION OF BRIAN APPLEGATE
                    Plaintiffs,        )
17                                     )
   vs.                                 )
18                                     )
   KENT R. SPJUTE, JEAN NOLL,          )
19 JEFF HODGE, BRIAN APPLEGATE,        )
   MICHELE M. CASAREZ,                 )
20 UNKNOWN DOES 1-20, AND              )
   THE UNITED STATES OF AMERICA,       )
21                                     )
                    Defendants.        )
22                                     )
                                       )
23 _____)

24        I, BRIAN APPLEGATE, declare that:

25     1.    I am a duly commissioned Special Agent for the Internal Revenue Service - Criminal

26           Investigation. I have been a Special Agent since 2003.

27     2.    This declaration is being made in support of the Federal Defendants' Motion to Dismiss

28                                                                                      2936342.11

or, in the Alternative, for Summary Judgment.

3. I have personal knowledge of the facts set forth in this declaration, and if called upon to testify to such facts, I could do so competently.

4. During 2006, I was asked to assist in the execution of a search warrant as part of the criminal investigation of Michael Scott Ioane, Sr. Mr. Ioane was under investigation for criminal tax fraud and conspiracy.

5. On June 8, 2006, prior to the execution of the warrant, I attended a pre-operational briefing with the other agents of the IRS who would take part in the search of 1521 Fruitland Avenue, Atwater, California ("the Ioane residence"). At that time, I was given an explanation and overview of the investigation, the purposes of the search and what property could be seized as part of the search. I also familiarized myself with the search warrant at that meeting.

6. I also learned, prior to the execution of the search warrant, that there were likely firearms in the Ioane residence.

7. On June 8, 2006, I helped execute a search warrant on the Ioane residence. I was part of the clearing team. This means that with a group of two other agents, I swept a portion of the Ioane residence looking for other individuals or anything else that might be a safety threat.

8. While performing a sweep, before a location is cleared, it is standard operating procedure for an agent to have his or her gun unholstered. As is standard procedure during the execution of a search warrant, I carried a weapon, a Glock semi-automatic handgun, issued by IRS-Criminal Investigation. I had my gun unholstered during the sweep. Once the sweep was completed, I re-holstered my weapon.

9. My weapon was unholstered for approximately ninety seconds while I cleared a portion of the Ioane residence. I did not encounter anyone during the time I had my service weapon unholstered. There were no individuals present on the side of the Ioane residence that I cleared.

2936342.11

10. Michael Ioane Sr. and Shelly Ioane were the only individuals present in the residence.

11. I did not point a gun at the heads of either Michael or Shelly Ioane. Moreover, I did not point a gun in the direction of Michael or Shelly Ioane. I did not observe anyone point a gun in the direction of Michael or Shelly Ioane.

12. No agent yelled to me demanding that I holster my weapon at any time during the execution of the search warrant at the Ioane residence. Further, I did not yell at any other agent to holster a weapon.

## CERTIFICATION

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing Declaration is true and correct.

Executed on this 14th day of November, 2012.

_____
BRIAN APPLEGATE
Special Agent, Internal Revenue Service