KATHRYN KENEALLY
Assistant Attorney General

G. PATRICK JENNINGS
LAUREN M. CASTALDI
COLIN C. SAMPSON
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone:   (202) 307-6432
Facsimile:   (202) 307-0054
Email:   Guy.P.Jennings@USDOJ.gov
         Lauren.M.Castaldi@USDOJ.gov
         Colin.C.Sampson@USDOJ.gov

*Of Counsel:*
BENJAMIN B. WAGNER
United States Attorney

*Attorneys for the United States of America*

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLEN HALLIDAY, ASHLEY M. IOANE, SHELLEY J. IOANE, MICHAEL S. IOANE, JR., MICHAEL S. IOANE, SR., and BRIANA C. IOANE<br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>KENT R. SPJUTE, JEAN NOLL, JEFF HODGE, BRIAN APPLEGATE, MICHELE M. CASAREZ, UNKNOWN DOES 1-20, AND THE UNITED STATES OF AMERICA,<br>　　　　　　　Defendants. | Case No. 1:07-000620-AWI-GSA<br><br>DECLARATION OF JEAN NOLL |

　　　　I, JEAN NOLL, declare that:

　　　　1.　　During June of 2006, I was a duly commissioned Special Agent for the Internal Revenue Service - Criminal Investigation. I am currently retired from this post after serving as a Special Agent for over 23 years.

2936312.11

2. This declaration is being made in support of the Federal Defendants' Second Motion to Dismiss or, in the Alternative, for Summary Judgment.

3. I have personal knowledge of the facts set forth in this declaration, and if called upon to testify to such facts, I could do so competently.

4. During 2006, I was asked to assist in the execution of a search warrant as part of a criminal investigation involving Michael Scott Ioane, Sr.

5. On June 8, 2006, prior to the execution of the warrant, I attended a pre-operational briefing with the other agents of the Internal Revenue Service who would take part in the search of 1521 Fruitland Avenue, Atwater, California ("the Ioane residence"). At that time, I was given an explanation and overview of the investigation, the purposes of the search and what property could be seized as part of the search. I also familiarized myself with the search warrant at that meeting.

6. Prior to the execution of the search warrant, I learned that there were likely firearms located at the Ioane residence.

7. On June 8, 2006, I helped execute a search warrant on the Ioane residence. I was not the only female Special Agent that participated in the execution of the search warrant.

8. Only Michael Ioane, Sr. and Shelley Ioane were present in the residence.

9. As is standard procedure during the execution of a search warrant, I carried a weapon, a Glock semi-automatic handgun, issued by IRS-Criminal Investigation. I never removed my service weapon from its holster. I did not point a weapon at the heads of either Michael or Shelley Ioane.

10. I never observed anyone pointing a weapon at the heads of Michael or Shelley Ioane.

11. I did not yell at Special Agent Applegate to holster his weapon. I did not hear any other agent yell that he holster his weapon.

12. It is standard procedure to escort an individual to the restroom during the execution of a search warrant. It is also standard procedure for an agent to monitor an individual while they are in the restroom. With males, for instance, the door to the restroom is almost

- 2 -

2936312.11

always left open. While females often are afforded more privacy, in some instances a female agent may be inside the restroom in order to monitor a female using the restroom. In many instances the agent will maintain the individual in their peripheral vision in order to monitor her activity. This is not only for the safety of the agents, but also to ensure that an individual does not harm themselves with medication or other substances that may be found in the bathroom.

### CERTIFICATION

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing Declaration is true and correct.

Executed on this **15**th day of November, 2012.

*[signature]*

JEAN NOLL, RETIRED
Supervisory Special Agent,
Internal Revenue Service