IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLEN HALLIDAY, MICHAEL S. IOANE, SR., SHELLY IAONE, ASHLEY M. IOANE, MICHAEL S. IOANE, JR.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>KENT R. SPJUTE, JEAN NOLE, JEFF HODGES, BRIAN APPLEGATE, MICHELLE M. CASAREZ, UNKNOWN DOES 1-20, AND THE UNITED STATES OF AMERICA,<br><br>　　　　Defendants. | CIV F-07-0620 AWI GSA<br><br>ORDER VACATING HEARING DATE OF FEBRUARY 25, 2013 AND TAKING MATTER UNDER SUBMISSION |

　　Plaintiffs have filed a motion for stay. Doc. 148. Defendant United States of America opposes the motion. Doc. 149. The court has reviewed the papers filed and has determined that the motion is suitable for decision without further oral argument. See Local Rule 230(g).

　　Therefore, IT IS HEREBY ORDERED that the previously set hearing date of February 25, 2013, is VACATED, and no party shall appear at that time. As of that date, the court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:　February 20, 2013

　　　　　　　　　　　　　　　　　　SENIOR DISTRICT JUDGE