UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLEN HALLIDAY, et al., | **1:07-cv-00620 AWI GSA** |
| Plaintiffs, | |
| v. | **ORDER GRANTING PLAINTIFFS' REQUEST FOR SERVICE OF COURT ORDERS AND FILINGS BY MAIL** |
| KENT R. SPJUTE, et al., | |
| Defendants. | **(Doc. 178)** |

On December 16, 2013 Plaintiffs Michael S. Ioane, Sr. and Shelly J. Ioane ("Plaintiffs") filed a notice of new contact information, requesting that service of court documents be accomplished by U.S. mail instead of via the Court's CM/ECF electronic filing system. (Doc. 178). Plaintiffs note that Michael S. Ioane, Sr. no longer has access to "an adequate e-mail service." (Doc. 178). Plaintiffs further specify that "[a]ll communication must be done by telephone or U.S. Postal Service" and provide separate mailing addresses for Michael S. Ioane and for Shelly J. Ioane for this purpose.

Given that Plaintiff Michael S. Ioane cannot access the Court's electronic filing system, and in light of both Plaintiffs' request that all Court communications be conducted by U.S. mail,

1

the access to the Court's CM/ECF electronic filing system granted to Plaintiffs is hereby revoked. (*See* Doc. 118). Accordingly, the Clerk of this Court is ordered to disable Plaintiffs' respective ECF logins and passwords and to update this Court's address records for Plaintiffs in accordance with Plaintiffs' notice, in order to ensure that Plaintiffs are served with Court orders by U.S. mail. (Doc. 178).

Counsel for Defendants are advised that from this date onwards, Plaintiffs must be served with all filings via U.S. mail at the addresses provided in the Plaintiffs' notice. (Doc. 178). Similarly, Plaintiffs are advised that following the issuance of this Order, Plaintiffs shall be responsible for filing all documents with the Office of the Clerk of this Court in paper form and for serving all Defendants' counsel by U.S. mail at their respective addresses of record.

IT IS SO ORDERED.

Dated:   **December 31, 2013**              /s/ Gary S. Austin
                                    UNITED STATES MAGISTRATE JUDGE