# EXHIBIT 2

KATHRYN KENEALLY
Assistant Attorney General

G. PATRICK JENNINGS
COLIN C. SAMPSON
LAUREN M. CASTALDI
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-307-6648 (v)
202-305-6062 (v)
202-514-9668 (v)
202-307-0054 (f)
Guy.P.Jennings@usdoj.gov
Colin.C.Sampson@usdoj.gov
Lauren.M.Castaldi@usdoj.gov

Of Counsel:
BENJAMIN B. WAGNER
United States Attorney
Eastern District of California

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

MICHAEL IOANE, ET. AL.,         )
                                )   Case No. 1:07-cv-00620
        Plaintiff,              )
                                )   **FEDERAL DEFENDANTS' NOTICE**
        v.                      )   **OF DEPOSITION OF SHELLY**
                                )   **IOANE**
KENT SPJUTE, ET. AL.,           )
                                )
        Defendant.              )
                                )

Please take notice that pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, the Federal Defendants have commanded that Shelly Ioane appear for a deposition on February 19, 1014 at 9:00 a.m. (local time) at Esquire Solutions, 155 East Shaw, Second Floor,

1  Fresno, CA 93710. The deposition will be taken by oral examination, will be recorded by
2  stenographic and/or videographic means, and will be taken before an officer authorized to
3  administer oaths by the laws of the United States or the place where the examination is being
4  held.

6  Dated this 23d day of January, 2014.

Respectfully submitted,

KATHRYN KENEALLY
Assistant Attorney General

COLIN C. SAMPSON
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 683
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 514-6062

*Of Counsel:*

BENJAMIN B. WAGNER
United States Attorney

Certificate of Service

It is hereby certified that service of the Federal Defendants' Notice of Deposition of Shelly Ioane was made on January 23, 2014, via first class mail to:

Michael S. Ioane, 64460-097
CI Taft
Correctional Institution
P.O. Box 7001
Taft, CA 93268


Shelly Ioane
257 East Bellevue Road
#188
Atwater, CA 95301

COLIN C. SAMPSON
Trial Attorney, Tax Division
U.S. Department of Justice

3

1  KATHRYN KENEALLY
   Assistant Attorney General
2
   G. PATRICK JENNINGS
3  COLIN C. SAMPSON
   LAUREN M. CASTALDI
4  Trial Attorneys, Tax Division
   U.S. Department of Justice
5  P.O. Box 683
   Washington, D.C. 20044
6  202-307-6648 (v)
   202-305-6062 (v)
7  202-514-9668 (v)
   202-307-0054 (f)
8  Guy.P.Jennings@usdoj.gov
   Colin.C.Sampson@usdoj.gov
9  Lauren.M.Castaldi@usdoj.gov

10 Of Counsel:
   BENJAMIN B. WAGNER
11 United States Attorney
   Eastern District of California
12
              IN THE UNITED STATES DISTRICT COURT FOR THE
13                     EASTERN DISTRICT OF CALIFORNIA

14

15 MICHAEL IOANE, ET. AL.,              )
                                        )  Case No. 1:07-cv-00620
16       Plaintiff,                     )
                                        )  **FEDERAL DEFENDANTS' NOTICE**
17       v.                             )  **OF DEPOSITION OF MICHAEL**
                                        )  **IOANE**
18 KENT SPJUTE, ET. AL.,                )
                                        )
19       Defendant.                     )
                                        )
20

21      Please take notice that pursuant to Rules 26 and 30 of the Federal Rules of Civil

22 Procedure and with leave of Court, the Federal Defendants have commanded that Michael Ioane

23 appear for a deposition on February 20, 1014 at 9:00 a.m. (local time) at CI Taft, 1500 Cadet

1

1   Road, Taft, CA 93268. The deposition will be taken by oral examination, will be recorded by

2   stenographic and/or videographic means, and will be taken before an officer authorized to

3   administer oaths by the laws of the United States or the place where the examination is being

4   held.

6   Dated this 23d day of January, 2014.

Respectfully submitted,

KATHRYN KENEALLY
Assistant Attorney General

*[signature]*

COLIN C. SAMPSON
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 683
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 514-6062

*Of Counsel:*

BENJAMIN B. WAGNER
United States Attorney

Certificate of Service

It is hereby certified that service of the Federal Defendants' Notice of Deposition of Michael Ioane was made on January 23, 2014, via first class mail to:

Michael S. Ioane, 64460-097
CI Taft
Correctional Institution
P.O. Box 7001
Taft, CA 93268

Shelly Ioane
257 East Bellevue Road
#188
Atwater, CA 95301

COLIN C. SAMPSON
Trial Attorney, Tax Division
U.S. Department of Justice