# EXHIBIT 3

Shelly J. Ioane
257 E. Bellevue Road #188
Atwater, CA 95301
209-617-6636
Email: info@truthinlaw.org
Email: shelly@acaciabusinesssolutions.com

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| MICHAEL S. IOANE, SR., SHELLY J. IOANE, ET.AL.,  Plaintiffs,  v.  KENT SPJUTE, ET. AL.,  Defendants. | Case No. 1:07-cv-00620-AWI-GSA  PLAINTIFF SHELLY IOANE'S NOTICE OF NON-AVAILABILITY ON FEBRUARY 19, 2014 FOR DEPOSITIONS.  Magistrate Gary S. Austin |
|---|---|

Please take notice that pursuant to Rule 26 and 30 of the Federal rules of Civil Procedure, the Plaintiff Shelly J. Ioane is unavailable for depositions on February 19, 2014, at 9:00AM, because of pre-scheduled appointments.

Additionally, Plaintiff Shelly Ioane is residing in her Carson City Nevada location for most of the month of February and will not be able to be back in California until February 20, 2014 for the deposition of Michael Ioane. I will have to travel the evening of February 19, 2014 to get to Taft, California, after my scheduled meetings with clients.

Plaintiff, Shelly Ioane is available for depositions after the 20th of February and requests it be preferably scheduled in the month March.

I request the Government coordinate with me prior to setting deposition dates. I travel between California and Nevada; however, primarily reside in Nevada for the months of February, March and April because of the tax season.

Furthermore, I Shelly Ioane, plaintiff objects to Michael Ioane's depositions being taken "without" my presences. The law authorizes me to be present during the depositions of any and all parties. The defendants have not notified me if they have made arrangements for me to be present during his deposition. I can travel on the 19th from Nevada to be present.

Respectfully submitted this 3rd day of February 2014.

By: *Shelly Ioane*
Shelly J. Ioane

## CERTIFICATE OF SERVICE

I, Shelly Ioane, hereby certify that on February 3, 2014, I e-mailed (U.S. Attorney's office) and mailed by U.S. Postal service the foregoing: **PLAINTIFF SHELLY IOANE'S NOTICE OF NON-AVAILABILITY ON FEBRUARY 19, 2014 FOR DEPOSITIONS** to the following:

Office of the Clerk
Magistrate Judge Gary S. Austin
Case #1:07-cv-00620-AWI-GSA
U.S. District Court
Eastern District of California
2500 Tulare Street
Fresno, CA 93721-1318

United States Attorney
Lauren M. Castaldi
G.Patrick Jennings
Colin C. Sampson
Trial Attorney, Tax Division
U.S. Dept of Justice
P.O. Box 638
Ben Franklin Station
Washington, D.C. 20044-0683
Guy.P.Jennings@usdoj.gov
Colin.C.Sampson@usdoj.gov
Lauren.M.Castaldi@usdoj.gov

Michael Ioane, 64460-097
Taft Correctional Institution/CAMP
P.O. Box 7001
Taft, CA 93268

By: *Shelly Ioane* (signature)
Shelly Ioane