TAMARA W. ASHFORD
Acting Assistant Attorney General

G. PATRICK JENNINGS
COLIN C. SAMPSON
LAUREN M. CASTALDI
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C.  20044
202-307-6648 (v)
202-305-6062 (v)
202-514-9668 (v)
202-307-0054 (f)
Guy.P.Jennings@usdoj.gov
Lauren.M.Castaldi@usdoj.gov
Colin.C.Sampson@usdoj.gov

*Of Counsel:*
BENJAMIN B. WAGNER
United States Attorney
Eastern District of California

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL IOANE, ET AL., | Case No. 1:07-cv-00620 |
| Plaintiffs, | DECLARATION OF KENT SPJUTE IN SUPPORT OF FEDERAL DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT |
| v. | |
| KENT SPJUTE, ET AL., | |
| Defendants. | |

I, KENT SPJUTE, declare that:

1

1. During June of 2006, I was a duly a commissioned Special Agent for the Internal Revenue Service - Criminal Investigation, assigned to the criminal investigation of the Michael Scott Ioane, Sr.  I am currently retired from this post.

2. This declaration is being made in support of the Federal Defendants' Motion for Summary Judgment.

3. I have personal knowledge of the facts set forth in this declaration, and if called upon to testify to such facts, I could do so competently.

4. My last assignment was working as an IRS Special Agent in Fresno, California and I was involved in the criminal investigations of V. Steven Booth, Louise Q. Booth, and Michael Scott Ioane, Sr.

5. On June 8, 2006, I helped execute a search warrant on the Ioane residence.  While I did enter the Ioane residence, many other agents remained outside the Ioane residence during the court of the entire search.

6. Only Michael Ioane, Sr. and Shelley Ioane were present at the residence.

7. As is standard procedure during the execution of a search warrant, I carried a weapon, a Glock semi-automatic handgun, issued by IRS-Criminal Investigation.  I never removed my service weapon from its holster.  I did not point a weapon at either Michael or Shelley Ioane.

//

1 Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing
2 Declaration is true and correct.
3
4 Executed on this 13th day of June, 2014.
5
6                                          */s/ Kent Spjute*
                                         KENT SPJUTE
                                         Former Special Agent, Internal Revenue Service