TAMARA W. ASHFORD
Acting Assistant Attorney General

G. PATRICK JENNINGS
COLIN C. SAMPSON
LAUREN M. CASTALDI
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C.  20044
202-307-6648 (v)
202-305-6062 (v)
202-514-9668 (v)
202-307-0054 (f)
Guy.P.Jennings@usdoj.gov
Lauren.M.Castaldi@usdoj.gov
Colin.C.Sampson@usdoj.gov

*Of Counsel:*
BENJAMIN B. WAGNER
United States Attorney
Eastern District of California

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL IOANE, ET AL., | Case No. 1:07-cv-00620 |
| Plaintiffs, | DECLARATION OF MICHELE CASAREZ IN SUPPORT OF FEDERAL |
| v. | DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT |
| KENT SPJUTE, ET AL., | |
| Defendants. | |

I, MICHELE CASAREZ, declare that:

   1. I am a duly commissioned Special Agent for the Internal Revenue Service - Criminal Investigation.

1

1  2. This declaration is being made in support of the Federal Defendants' Motion for
2  Summary Judgment.

3  3. I have personal knowledge of the facts set forth in this declaration, and if called
4  upon to testify to such facts, I could do so competently.

5  4. I did not participate in any fashion in the execution of a search warrant on the
6  residence at 1521 Fruitland Avenue, Atwater, California on or about June 8, 2006. When the
7  search warrant was executed I was assigned to another case and was out of town working on that
8  separate case.  Attached hereto as Exhibit 1 is a true and correct copy of my daily diary for June
9  8, 2006, with redactions. The dairy diary indicates that I was traveling from Las Vegas on that
10 day.

11

12 Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing
13 Declaration is true and correct.

14

15 Executed on this 10th day of June, 2014.

16
17           /s/ Michele Casarez                        .
             MICHELE CASAREZ
             Special Agent, Internal Revenue Service
18
19
20
21
22
23