# EXHIBIT 1

# Internal Revenue Service Criminal Investigation

**For: Michele Casarez**

**Record Selection:** Diary Report for Dates between '06/08/2006 and 06/08/2006'

## Daily Diary

| Case Name | Description of Activity | Record Created | Narrative Completed | Regular Hours | LEAP Hours | Other Hours | From/To | Personal Hours |
|---|---|---|---|---|---|---|---|---|
| **Thursday, Jun 08, 2006** | Reduction Day | | | | | | | |
| | flew back from LAS | 06/09/2006 | 06/09/2006 | 8. | | | | |
| | | | Daily Hours: | 8. | | | | |
| | | | Grand Total Hours: | 8. | | | | |

**End of Report**

Data File: C:\Users\jahodg94\Desktop\immcasa94_2006_Diary_2007-1-30.a00

Federal Defendants 035