TAMARA W. ASHFORD
Acting Assistant Attorney General

G. PATRICK JENNINGS
COLIN C. SAMPSON
LAUREN M. CASTALDI
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C.  20044
202-307-6648 (v)
202-305-6062 (v)
202-514-9668 (v)
202-307-0054 (f)
Guy.P.Jennings@usdoj.gov
Colin.C.Sampson@usdoj.gov
Lauren.M.Castaldi@usdoj.gov

Of Counsel:
BENJAMIN B. WAGNER
United States Attorney
Eastern District of California

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHALE IOANE, ET. AL., | Case No. 1:07-cv-00620 |
| Plaintiff, | |
| v. | **DECLARATION OF LAUREN M. CASTALDI** |
| KENT SPJUTE, ET. AL., | |
| Defendant. | |

I, Lauren M. Castaldi, pursuant to 28 U.S.C. § 1746, hereby declare that:

1. I am an attorney with the United States Department of Justice, Tax Division, located at Washington, D.C.  I have been assigned to the above-captioned matter and am in possession of the Department of Justice files concerning this matter.  I have reviewed the

1  Department of Justice files in my possession, and all documents disclosed or identified during

2  discovery in this matter in making the representations below.

3      2.    Attached hereto as Exhibit 1 is a true and correct copy of Federal Defendants'

4  First Set of Interrogatories to Plaintiff Shelly Ioane.

5      3.    Attached hereto as Exhibit 2 is a true and correct copy of Federal Defendants'

6  First Set of Interrogatories to Plaintiff Michael Ioane, Sr.

7      4.    Attached hereto as Exhibit 3 is a true and correct copy of Federal Defendants'

8  First Set of Request for Production of Documents to Plaintiff Shelly Ioane.

9      5.    Attached hereto as Exhibit 4 is a true and correct copy of Federal Defendants'

10  First Set of Request for Production of Documents to Plaintiff Michael Ioane, Sr.

11      6.    Attached hereto as Exhibit 5 is a true and correct copy of Plaintiff Shelly Ioane

12  Response to the Federal Defendants' First Set of Interrogatories.

13      7.    Attached hereto as Exhibit 6 is a true and correct copy of Plaintiff Michael Ioane,

14  Sr.'s Response to the Federal Defendants' First Set of Interrogatories.

15      8.    Attached hereto as Exhibit 7 is a true and correct copy of Plaintiff Michael Ioane,

16  Sr.'s and Plaintiff Shelly Ioane's Response to the Federal Defendants' First Set of Request for

17  Production of Documents.

18      9.    Attached hereto as Exhibit 8 is a true and correct copy of Plaintiff Michael Ioane,

19  Sr.'s and Plaintiff Shelly Ioane's Initial Disclosures Pursuant to Fed. R. Civ. P. 26.

20      10.    Attached hereto as Exhibit 9 is a true and correct copy of Plaintiff Michael Ioane,

21  Sr.'s and Plaintiff Shelly Ioane's Further Initial Disclosures Pursuant to Fed. R. Civ. P. 26.

22      11.    Plaintiffs did not make any expert disclosures.

23

12. Attached hereto as Exhibit 10 are true and correct copies of excerpts from Plaintiff Michael Ioane's deposition, taken on February 20, 2014 in Taft, California.

13. Attached hereto as Exhibit 11 are true and correct copies of excerpts from Plaintiff Shelly Ioane's deposition, taken on February 19, 2014 in Fresno, California.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 20th day of June, 2014.

                                         /s/ Lauren M. Castaldi
                                        LAUREN M. CASTALDI
                                        Trial Attorney, Tax Division
                                        U.S. Department of Justice