# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL IOANE, et al, | CASE NO. 1:07-cv-00620-AWI-GSA |
| Plaintiffs | ORDER VACATING PRETRIAL CONFERENCE AND TRIAL DATES |
| v. | |
| KENT SPJUTE, et al, | |
| Defendants | |

The pretrial conference is set for October 23, 2014 and jury trial is set for December 16, 2014. At this time, there are numerous motions pending in this case, including a motion for summary judgment, motion to stay, motion for sanctions, motion to amend, motion for reconsideration, and multiple discovery motions. In order to allow the court additional time to address these many motions, the pretrial conference and trial dates are VACATED.

IT IS SO ORDERED.

Dated:  October 2, 2014                    _____
                                            SENIOR DISTRICT JUDGE