# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL IOANE, et al,** | **CASE NO. 1:07-CV-00620-AWI-GSA** |
| **Plaintiffs** | **ORDER RE: MOTIONS IN LIMINE** |
| v. | |
| **KENT SPJUTE, et al,** | **(Doc. 250)** |
| **Defendants** | |

    Defendants have made motions in limine. Doc. 250. Defendants ask that documents be excluded from trial as a penalty for discovery violations. There are outstanding motions (from both sides) to compel, to allow additional interrogatories, to continue discovery cutoff, and to reopen discovery. These motions in limine are premature. Defendants' motion is DENIED without prejudice to refiling at a later date set by pretrial order.

IT IS SO ORDERED.

Dated: February 26, 2015

                             SENIOR DISTRICT JUDGE