UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLEN HALLIDAY, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>KENT R. SPJUTE, et al.,<br><br>　　　　Defendants. | **1:07-cv-00620 AWI GSA**<br><br>**ORDER CONTINUING SPECIFIED MOTIONS FROM THE COURT'S CALENDAR PENDING THE MAY 1, 2015 HEARING SET IN THIS MATTER**<br><br>**(Docs. 212, 213, 217, 219, 220, 221, 225, 240, 259)** |

　　　Defendants' have filed a Motion to Bifurcate or to Reopen Discovery, which is set for hearing on May 1, 2015. Docs. 284; 293. Pending before the Court are several other motions, the majority of which also raise discovery-related issues. These motions include Plaintiffs' Motion to Deem Admissions Admitted (Doc. 212); Plaintiffs' Motion to Compel Interrogatories Propounded to Defendants (Doc. 213); Plaintiff's Motion to Join Doe Defendants (Doc. 217); Plaintiff's Motion to Continue Discovery Cut-Off (Doc. 219); Plaintiff's Motion to Compel Response to Interrogatories and Production of Documents (Doc. 220); Plaintiff's Motion to Supplement Second Amended Complaint (Doc. 221); Plaintiff's Motion to Allow Additional

Interrogatories (Doc. 225); Defendants' Motion for Discovery Sanctions (Doc. 240); and Plaintiff's Motion to Continue and to Modify Scheduling Conference Order (Docs. 259, 267). The Court has determined that scarce judicial resources would best be served by considering all the pending motions at the same time in conjunction with the May 1, 2015 hearing.  Accordingly, the motions specified above are continued from the Court's calendar pending the May 1, 2015 hearing.

IT IS SO ORDERED.

Dated:   **March 30, 2015**                    **/s/ Gary S. Austin**
                                               UNITED STATES MAGISTRATE JUDGE