IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLEN HALLIDAY, MICHAEL IOANE, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> KENT SPJUTE, JEAN NOLL, ET AL., <br><br> Defendants. | Case No. 1:07-cv-00620 <br><br> **ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO MAKE AVAILABLE FOR TELEPHONIC TESTIMONY MICHAEL SCOTT IOANE, INMATE NO. 64460-097** <br><br> Date:  May 1, 2015 <br> Time:  10:00 a.m. <br> Place:  Courtroom 10 <br> Before:  Hon. Gary S. Austin |

   MICHAEL SCOTT IOANE, inmate, REG. NO. 64460-097, a necessary and material participant in proceedings in this case on May 1, 2015, is confined at TAFT CORRECTIONAL INSTITUTION, 1500 CADET ROAD, TAFT, CA  93268, in the custody of the Warden. In order to secure this inmate's testimony it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce Michael Scott Ioane at a location within the prison where he will have access to a working phone for telephonic testimony on May 1, 2015, at 10:00 a.m.

   **ACCORDINGLY, IT IS ORDERED** that:

   1.   A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court,  commanding the Warden to produce the inmate for telephonic testimony at the time and place above.  A representative of USP Taft Correctional Institution must

contact the Courtroom Clerk, Amanda Martinez, at (559) 499-5962 by 4:00 p.m. on April 30, 2015, to finalize the logistics of the phone call itself.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

To: The Warden at USP Taft Correctional Institution:

**WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated: **April 29, 2015**          **/s/ Gary S. Austin**
                     UNITED STATES MAGISTRATE JUDGE