# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL IOANE, et al,<br><br>    Plaintiffs<br><br>    v.<br><br>KENT SPJUTE, et al,<br><br>    Defendants | CASE NO. 1:07-CV-0620 AWI GSA<br><br>ORDER VACATING PRETRIAL CONFERENCE AND SETTING A SCHEDULING CONFERENCE FOR 1:30 PM ON THURSDAY, SEPTEMBER 3, 2015 |

Trial in this case is set for November 3, 2015. The pretrial conference is set for 10:00 AM on September 3, 2015. As there is still ongoing discovery in this case, holding a pretrial conference at this time may not be the best means of proceeding with this case. Instead, the parties are ordered to appear at 1:30 PM on September 3, 2015 for a scheduling conference. Counsel for Defendants, G. Patrick Jennings, shall arrange for the telephonic participation of Plaintiff Michael Ioane, Sr. Plaintiff Shelley Ioane shall personally appear at the hearing.

IT IS SO ORDERED.

Dated:   August 28, 2015                           _____
                                                    SENIOR DISTRICT JUDGE