# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL IOANE, et al,** | **CASE NO. 1:07-CV-0620 AWI EPG** |
| **Plaintiffs** | **ORDER SETTING TRIAL SCHEDULE** |
| v. | |
| **KENT SPJUTE, et al,** | |
| **Defendants** | |

Trial in this case is set for June 7, 2016 at 8:30 AM in courtroom 2.

The pretrial conference is set for April 4, 2016 at 1:30 PM in courtroom 2. Michael Ioane will appear telephonically. Shelly Ioane and defense counsel must make personal appearances. The parties are directed to follow Eastern District Local Rule 281 for the filing of pretrial statements.

All motions in limine must be filed by 4:00 PM on April 18, 2016.

Oppositions to the motions in limine must be filed by 4:00 PM on May 2, 2016.

Replies to the oppositions must be filed by 4:00 PM on May 9, 2016.

The hearing on motions in limine will be held on May 23, 2016 at 1:30 PM in courtroom 2.

IT IS SO ORDERED.

Dated:   November 17, 2015                    _____
                                                SENIOR DISTRICT JUDGE