1

2

3

4

5              **UNITED STATES DISTRICT COURT**

6              **EASTERN DISTRICT OF CALIFORNIA**

7

8    **MICHAEL IOANE, et al,**                    **CASE NO. 1:07-CV-0620 AWI EPG**

9              **Plaintiffs**                     **ORDER RE: REQUESTS FOR
                                                  ADDITIONAL MONTHLY PHONE**
10             **v.**                             **MINUTES AT TAFT CORRECTIONAL
                                                  INSTITUION AND TO FILE RECORDS**
11   **KENT SPJUTE, et al,**                      **UNDER SEAL**

12             **Defendants**
                                                  **(Docs. 367 and 368)**
13

14         Plaintiff Michael Ioane, Sr. is incarcerated at Taft Correctional Institute where he is given

15   300 minutes per month of phone time.  Michael Ioane, Sr.is asking for an additional 650 minutes

16   per month to deal with legal issues in this case and other litigation.  Defendants oppose the

17   request.  Michael Ioane, Sr. states "Absent an order from Court directed to the Bureau of Prisons,

18   Ioane will not be able to prepare this action for trial or appropriately handle his criminal and other

19   civil matters which is in violation of the policy of the federal court to allow inmates access to

20   courts to address their legal matters while in prison." Doc. 367, 4:24-5:3.  In a related motion,

21   Michael Ioane, Sr. sought to file his wife's (Plaintiff Shelly Ioane) medical report under seal. Doc.

22   368.  Plaintiff explains that he provides it as evidence in support of his request for an increase in

23   the monthly phone limit: "Because Mrs. Ioane's present condition renders her unable to assist in

24   trial preparation, Mr. Ioane needs reasonable accommodations from the Court, including increased

25   monthly phone minutes so that he may communicate with witnesses, attorneys, paralegals, legal

26   service providers, and others in order to prepare for trial." Doc. 374, 3:2-7.  Michael Ioane, Sr. has

27   not shown that the limit placed on his use of the phone constitutes an "actual injury – that is,

28   actual prejudice with respect to contemplated or existing litigation, such as the inability to meet a

1   filing deadline or to present a claim." <u>Lewis v. Casey</u>, 518 U.S. 343, 348 (1996), citations omitted.

2   Michael Ioane, Sr. asserts that "For example, making a telephonic appearance on a District Court

3   law and motion matter may entail an hour or more on the line until the case is called." Doc. 367,

4   4:13-15.  However, non-party Taft Correctional Institute has clarified that all of Plaintiff's calls for

5   court hearings in this case (including time waiting for the matter to be called) are handled in a

6   special manner that does not count against his monthly limit.  This motion can be resolved without

7   examining the medical records of Shelly Ioane.  Even assuming that she is unable to take

8   additional steps to assist him in this case, that places Michael Ioane, Sr. in the same position as an

9   inmate without any family outside the prison.  No special procedures appear to be warranted.

10  "[J]ail officials are not constitutionally compelled to provide 'ideal' access to the courts, and

11  plaintiff's allegations of limited access to phones, law libraries and legal materials are insufficient

12  to satisfy the 'actual injury' requirement." <u>Lookadoo v. L.A. Cnty. Sheriff's Dep't</u>, 2016 U.S.

13  Dist. LEXIS 14508, *19 (C.D. Cal. Feb. 4, 2016).

14       Plaintiff Michael Ioane, Sr.'s request for 650 minutes per month additional phone time is

15  DENIED.  Plaintiff Michael Ioane, Sr.'s request to file medical records under seal is DENIED.

16
17  IT IS SO ORDERED.

18  Dated:   March 29, 2016          _____

19                                  SENIOR  DISTRICT  JUDGE

20

21

22

23

24

25

26

27

28