# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL IOANE, et al,<br><br>    Plaintiffs<br><br>    v.<br><br>KENT SPJUTE, et al,<br><br>    Defendants | CASE NO. 1:07-CV-0620 AWI EPG<br><br>ORDER DIRECTING DEFENDANTS TO RESPOND TO PLAINTIFFS' OBJECTION |

   Defendants have filed a motion for partial summary adjudication. As part of their motion, Defendants relied on transcripts of Plaintiffs' depositions. Plaintiffs object that the transcripts are not certified copies and that they do not include corrections the Plaintiffs made. Doc. 381. Defendants are directed to respond to Plaintiffs' objections.

IT IS SO ORDERED.

Dated:   April 13, 2016                              _____
                                                     SENIOR DISTRICT JUDGE