# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL IOANE, et al,<br><br>　　　　Plaintiffs<br><br>　　v.<br><br>KENT SPJUTE, et al,<br><br>　　　　Defendants | CASE NO. 1:07-CV-0620 AWI EPG<br><br>ORDER DIRECTING DEFENDANTS TO RESPOND TO PLAINTIFFS' OBJECTION |

　　　Defendants have filed a motion for partial summary adjudication.  As part of their motion, Defendants relied on transcripts of Plaintiffs' depositions.  Plaintiffs object that the transcripts are not certified copies and that they do not include corrections the Plaintiffs made. Doc. 381.  Defendants are directed to respond to Plaintiffs' objections.

IT IS SO ORDERED.

Dated:   May 9, 2016                            _____
　　　　　　　　　　　　　　　　　SENIOR DISTRICT JUDGE