UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL IOANE, et al,<br><br>　　　　Plaintiffs<br><br>　　v.<br><br>KENT SPJUTE, et al,<br><br>　　　　Defendants | CASE NO. 1:07-CV-0620 AWI EPG<br><br>ORDER DIRECTING PLAINTIFF MICHAEL IOANE SR TO FILE AN APPLICATION FOR IN FORMA PAUPERIS STATUS AND PROVIDE A SUMMARY OF ANTICIPATED TESTIMONY FOR EACH WITNESS HE SEEKS TO SUBPOENA FOR TRIAL |

　　Plaintiff Michael Ioane Sr. seeks to have the US Marshals Service effect service of subpoenas on trial witnesses on his behalf. Doc. 412. Additionally, he seeks certain accommodations to facilitate his transportation to Fresno for the trial itself. Doc. 400. In particular, Michael Ioane Sr. notes that he has been granted in forma pauperis status in another civil case being litigated in the Eastern District of California, United States v. Booth et al 09-cv-1689. To facilitate the resolution of his motions in this case, Michael Ioane Sr. is ordered to 1) file a formal application for in forma pauperis status in this case and 2) provide a brief summary of anticipated testimony for each of the witnesses he seeks to subpoena at trial. For these issues to be considered at the hearing on Monday, August 22, 2016, Michael Ioane Sr. must make his filings by Thursday, August 18, 2016.

IT IS SO ORDERED.

Dated:　August 10, 2016　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　　　SENIOR DISTRICT JUDGE