UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL IOANE, *et al.*, | **Case No. 1:07-cv-00620-AWI-EPG** |
| Plaintiffs, | **ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS** |
| v. | |
| KENT SPJUTE, *et al.*, | |
| Defendants. | (ECF No. 423) |

Plaintiff Michael S. Ioane ("Plaintiff") is a federal prisoner in Taft Correctional Institution. On August 10, 2016, Judge Anthony W. Ishii ordered Plaintiff to file an application to proceed *in forma pauperis* in this case. The application was to be filed no later than August 18, 2016, so that the Court would have time to rule on the application before August 22, 2016, the date of a hearing on issues that are likely to be influenced by Plaintiff's potential *in forma pauperis* status. (ECF No. 418.) Plaintiff filed his application on August 15, 2016 and has now requested leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF No. 423.)

The application requires the submission of a certified statement "showing all receipts, expenditures, and balances during the last six months for any institutional account" in Plaintiff's name. (ECF No. 423.) Because Plaintiff only learned that he would be required to submit this application on August 10, 2016, however, and such a certified statement typically requires time to obtain, Plaintiff has opted to submit a declaration signed under penalty of perjury providing the

required information.  Plaintiff also notes that he requested the required information on August 10, 2016. The information furnished by Plaintiff makes the showing required by § 1915(a). Accordingly, the request to proceed *in forma pauperis* is GRANTED.  28 U.S.C. § 1915(a). Plaintiff is still required to file the required statement when it is available, however, and the Court may opt to revisit Plaintiff's status at that time.

IT IS SO ORDERED.

Dated:  **August 17, 2016**                            /s/ Erica P. Grosjean
                                                      UNITED STATES MAGISTRATE JUDGE