UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA



MICHAEL IOANE, et al,
    Plaintiffs,
vs.

KENT SPJUTE, et al,
    Defendants.

1:07-cv-0620 AWI EPG

**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT MICHAEL IOANE SR., 64460-097, PLAINTIFF WITNESS**

DATE: September 7, 2016
TIME: 8:30 a.m.

Plaintiff, Michael Ioane Sr., 64460-097, a necessary and material witness on his own behalf in proceedings in this case on September 7, 2016, is confined at Taft Federal Correctional Institution, 1500 Cadet Road, Taft, CA 93268, in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in Courtroom 2, 8th Floor, United States Courthouse, 2500 Tulare Street, Fresno, California on September 7, 2016, at 8:30 a.m.

ACCORDINGLY, IT IS ORDERED that:

    1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

    2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden of Taft Federal Correctional Institution, 1500 Cadet Road, Taft, CA 93268:**

**WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings or as ordered by the court; and thereafter to return the inmate to the above institution. **The inmate's legal property relevant to this case shall accompany the inmate to the trial.**

    **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated August 22, 2016

_____
Anthony W. Ishii
Senior District Judge