# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL IOANE, et al,<br><br>        Plaintiffs<br><br>v.<br><br>KENT SPJUTE, et al,<br><br>        Defendants | CASE NO. 1:07-CV-0620 AWI EPG<br><br>ORDER DISMISSING PLAINTIFF SHELLY IOANE'S CLAIMS AGAINST DEFENDANTS BRIAN APPLEGATE AND JEFFREY HODGE FOR LACK OF PROSECUTION |

The trial on Plaintiffs' excessive force claims against Defendants was set to start on September 7, 2016. On September 6, 2016, both Plaintiffs filed separate motions to continue trial. See Docs. 445 and 450. Both motions were denied. Doc. 452. Shelly Ioane was reached by telephone on September 6 and told that trial would begin as scheduled on September 7. At the scheduled time for the commencement of trial, Michael Ioane Sr. was present but Shelly Ioane was not. As stated on the record on September 7, 2016, Shelly Ioane has failed to prosecute this case. Her claims against Defendants that were to be adjudicated in this trial must be dismissed.

    Judgment is granted in favor of Brian Applegate and Jeffrey Hodge on Shelly Ioane's excessive force claims.

IT IS SO ORDERED.

Dated:   September 9, 2016                                 _____
                                                       SENIOR DISTRICT JUDGE