# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL IOANE, et al,** | **CASE NO. 1:07-CV-0620 AWI EPG** |
| Plaintiffs | **ORDER RE: EMERGENCY EX PARTE MOTION TO HAVE MICHAEL IOANE SR. RETURNED TO TAFT CORRECTIONAL INSTITUTE CAMP IMMEDIATELY** |
| v. | |
| **KENT SPJUTE, et al,** | |
| Defendants | |

Michael Ioane Sr.'s civil trial ended on Thursday, September 15, 2016.  During the trial he had been housed at Fresno County Jail.  Before trial, Mr. Ioane had sought assurances from the court that he would be returned expeditiously to his home facility, Taft Correctional Institute Camp, as he needed to make filings in various other legal cases he is a party to.  The U.S. Marshals Service had previously indicated to the court that he would be returned to Taft within a day or two after the trial.  A full week after trial, Mr. Ioane remains at Fresno County.  Mr. Ioane has filed an emergency request seeking a court order to return him to Taft.  The U.S. Marshals Service now explains that Fresno County has held onto Mr. Ioane pending a medical review to determine if he is healthy enough to travel; the U.S. Marshals say that Mr. Ioane should be transported to a Kern County holding facility on Wednesday, September 28 and then sent to Taft on Friday, September 30.  This is a truly unwelcome circumstance.  The delay appears to be due to Fresno County's procedures dealing with medical observation and should be resolved within the next week.  Given the nature of the delay, the court declines to intervene at this time.  However, if Mr. Ioane is not returned to Taft soon, he may renew his motion.  As for problems arising in his other lawsuits, this court can only make the record clear so that other courts might adjust deadlines

as they find appropriate. Mr. Ioane was transported from Taft early in the morning of September 2 (and effectively cut off from his legal papers in other cases starting August 31). He will likely not be returned to Taft until September 30 and not have access to his legal materials until some time in October.

Michael Ioane Sr.'s emergency ex part motion for an order transferring him to Taft Correctional Institute Camp immediately is DENIED.

IT IS SO ORDERED.

Dated:   September 23, 2016                                  _____
                                                                                       SENIOR DISTRICT JUDGE

2