# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL IOANE, et al, | CASE NO. 1:07-CV-0620 AWI EPG |
| Plaintiffs | ORDER RE: BRIEFING SCHEDULE |
| v. | |
| KENT SPJUTE, et al, | |
| Defendants | |

Plaintiff Michael Ioane Sr.'s civil trial ended on Thursday, September 15, 2016. The jury found in favor of Defendants Brian Applegate and Jeffrey Hodge. Michael Ioane Sr. has now made a motion for a new trial. Doc. 473. There is no hearing date set, and hence no briefing schedule for the motion. If Brian Applegate and Jeffrey Hodge wish to file an opposition , they may do so by Tuesday, November 1, 2016 at 4:00 PM. Michael Ioane Sr. may file a reply by Tuesday, November 22, 2016 at 4:00 PM. An order on the motion will be issued thereafter.

Of note, Michael Ioane Sr. has again raised arguments regarding Shelly Ioane's claims. However, the motion for a new trial was only signed by Michael Ioane Sr. and not Shelly Ioane. Plaintiffs are reminded that each pro se party must represent him/herself.

IT IS SO ORDERED.

Dated:   October 17, 2016                              _____
                                                       SENIOR  DISTRICT  JUDGE