# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELLY J. IOANE, *et al.*,<br><br>                    Plaintiffs,<br><br>v.<br><br>JEAN NOLL, *et al.*,<br><br>                    Defendants. | Case No. 1:07-cv-00620-AWI-EPG<br><br>ORDER DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br><br>(ECF No. 472) |

Plaintiff Shelly Ioane filed a motion to proceed *in forma pauperis* ("IFP") on October 5, 2016. (ECF No. 472.) That motion is still outstanding.

The Court notes that the filing fee was paid for this case on May 10, 2007 (*See* ECF No. 24). Further, as of the date Ms. Ioane filed her motion, judgment had been entered against her on her Fourth Amendment excessive force claim against Defendants Jeffrey Hodge and Brian Applegate (ECF No. 468), and Ms. Ioane's other claim, for Fourth Amendment violation of bodily privacy against Defendant Jean Noll, was on appeal on the issue of the denial of qualified immunity (*see* ECF No. 394). Ms. Ioane did not indicate that she was seeking IFP status for the appeal and, because the appeal was filed by Defendant Noll, Ms. Ioane was not required to pay a filing fee for the appeal.

Finally, it has been three years since Ms. Ioane filed her IFP application and her financial

1

situation may have significantly changed in the interim. Thus, to the extent she seeks to proceed IFP in this matter going forward, the Court will require her to file a new application providing her current financial information. The Court will accordingly deny Ms. Ioane's application to proceed IFP without prejudice.

    IT IS ORDERED that the application to proceed *in forma pauperis* filed by Plaintiff Shelly Ioane (ECF No. 472) is DENIED.

IT IS SO ORDERED.

Dated: **September 23, 2019**      /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE