Peter Borenstein (SBN 304266)
P.O. Box 885
Culver City, CA 90232
(213) 362-8740 (tel)
(877) 460-3681 (fax)
peter@brnstn.org

Attorney for Plaintiff
SHELLY IOANE

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLEN HALLIDAY, et. al., | Case No. 1:07-cv-00620-AWI-EPG |
| Plaintiffs, | |
| vs. | **NOTICE OF MOTION AND PLAINTIFF SHELLY IOANE'S MOTION FOR PARTIAL SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, FOR AN ORDER TREATING SPECIFIED FACTS AS ESTABLISHED; MEMORANDUM OF POINTS AND AUTHORITIES; SEPARATE STATEMENT OF UNDISPUTED FACTS; AND DECLARATION OF PETER BORENSTEIN IN SUPPORT THEREOF.** |
| KENT SPJUTE, et. al., | |
| Defendants. | |
| | Date:   March 16, 2020 |
| | Time:   1:30 pm |
| | Courtroom:   2 |
| | Judge:   The Honorable Anthony W. Ishii |
| | Action Filed: April 24, 2007 |

**TO DEFENDANT JEAN NOLL AND HER ATTORNEY OF RECORD IN THE ABOVE CAPTIONED MATTER:**

PLEASE TAKE NOTICE THAT on March 16, 2020 at 1:30 pm, or as soon thereafter as may be heard, in Courtroom 2 of this Court located at 2500 Tulare Street, Fresno, the Honorable Anthony W. Ishii presiding, Plaintiff Shelly Ioane will move, and hereby does move, this Court for partial summary judgment or, in the alternative, for an order treating specified facts as

established, in favor of Plaintiff and against Defendant on the sole remaining claim left to adjudicate in this case: Plaintiff Shelly Ioane's claim for invasion of bodily privacy against Defendant Jean Noll.

      This motion is made on the grounds that the underlying facts of the events giving rise to Plaintiff's claim for invasion of bodily privacy are undisputed: That on June 8, 2006, during the execution of a valid search warrant of Plaintiff's home where she remained on the premises during the search, Plaintiff requested to use the bathroom; that Defendant insisted on accompanying Plaintiff into the bathroom despite Plaintiff's request for privacy; that once inside the bathroom together, Defendant forced Plaintiff to lift her dress and pull down her underwear to inspect her naked body for contraband; and that Defendant watched as Plaintiff relieved herself while holding her underwear down and exposing herself to Defendant per her instructions. Defendant's sole defense to this claim has always been on the basis of qualified immunity, which this Court rejected in denying Agent Noll's motion for summary judgment on April 19, 2016, and which the Ninth Circuit also rejected in a published opinion on September 10, 2018. *Ioane v. Hodges* (9th Cir. 2018) 903 F.3d 929, 938, *superseded by Ioane v. Hodges* (9th Cir. 2018) 939 F.3d 945. Now, more than thirteen years after the traumatic events of June 8, 2006, Plaintiff seeks a partial summary judgment from this Court establishing the undisputed facts of the bathroom incident and of Defendant's violation of Plaintiff's Fourth Amendment right to bodily privacy so that she may finally move towards a just and efficient resolution of this matter.

      This motion is based on this Notice, the attached Memorandum of Points and Authorities, the Separate Statement of Undisputed Facts, the Declaration of Peter Borenstein and attached exhibits, on all files and records in this action, and on such further evidence and arguments as the Court receives in connection with this motion.

Respectfully submitted,

Dated:  2/11/20            By: _____

                                               Peter Borenstein
                                               Attorney for Plaintiff
                                               SHELLY IOANE