**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHELLY J. IOANE, et al.,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>JEAN NOLL, et al.,<br><br>　　　　　Defendants. | Case No. 1:07-cv-00620-AWI-EPG<br><br>**ORDER GRANTING PERMISSION FOR THE FILING OF A MOTION TO COMPEL; EXTENDING EXPERT DISCOVERY AND SUBSEQUENT DEADLINES; DENYING IN PART MOTION TO EXTEND DISCOVERY DEADLINES; AND DENYING WITHOUT PREJUDICE MOTION FOR FOLLOW-UP EXAMINATION**<br><br>(ECF Nos. 516, 518) |

On April 23, 2020, the Court held an informal discovery dispute conference. As discussed during that conference,

IT IS ORDERED that:

1. The Court grants an extension of time in relation to fact-discovery requests that have already been served as follows:

　　i. Defendant has permission to file, no later than **June 12, 2020**, a motion to compel regarding any discovery requests already served on Plaintiff that were discussed during the April 23, 2020, informal discovery dispute conference.

1

   ii. A hearing on said motion is set for **June 19, 2020, at 10:00 a.m.**, in Courtroom 10 (EPG) before Magistrate Judge Erica P. Grosjean. To participate telephonically, each party is directed to use the following dial-in number and passcode: 1-888-251-2909; passcode 1024453. The parties are reminded to file a joint statement regarding discovery disagreement one full week prior to the hearing and email a copy of same, in Word format, to epgorders@caed.uscourts.gov, for the Judge's review.[1]

2. The schedule in this case is modified as follows:

| Deadline/Hearing | Previous Date | New Date |
| --- | --- | --- |
| Expert Disclosure Deadline | May 22, 2020 | August 24, 2020 |
| Rebuttal Expert Disclosure Deadline | June 19, 2020 | September 24, 2020 |
| Expert Discovery Cutoff | July 17, 2020 | October 23, 2020 |
| Dispositive Motion Filing Deadline | August 17, 2020 | November 20, 2020 |
| Pretrial Conference | December 17, 2020 | March 24, 2021 at 10:30 a.m. |
| Hearing on Motions in Limine | February 1, 2021 | May 3, 2021 at 1:30 p.m. |
| Jury Trial | February 17, 2021 | May 25, 2021 at 8:30 a.m. |

3. Defendant Jean Noll's motion for an extension of time (ECF No. 516) is denied to the extent the relief requested is inconsistent with this order.

4. Defendant 's motion for follow-up psychological examination of Plaintiff Shelly Ioane (ECF No. 518) is denied without prejudice.

5. After reviewing Plaintiff's expert disclosures, Defendant may file a motion for a supplemental psychological examination of Plaintiff Shelly Ioane. If Defendant wishes to file such a motion, Defendant must contact Courtroom Deputy Michelle Rooney (mrooney@caed.uscourts.gov) by **August 26, 2020**, to request an expedited briefing and hearing schedule.

---

[1] If the parties do not believe a hearing is needed, they should jointly notify the Court on that date.

6. The parties are directed to meet and confer regarding the prompt release of Plaintiff Shelly Ioane's personal health information possessed by Dr. Ricardo Winkel.

IT IS SO ORDERED.

Dated: **April 27, 2020**        /s/ Erica P. Grosjean
                                 UNITED STATES MAGISTRATE JUDGE