Peter Borenstein (SBN 304266)
P.O. Box 885
Culver City, CA 90232
(213) 362-8740 (tel)
(877) 460-3681 (fax)
peter@brnstn.org

Attorney for Plaintiff
SHELLY IOANE

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLEN HALLIDAY, et al.,<br><br>　　　　Plaintiffs,<br>vs.<br><br>KENT SPJUTE, et al.,<br><br>　　　　Defendants. | Case No. 1:07-cv-00620-AWI-EPG<br><br>**NOTICE OF MOTION AND PLAINTIFF SHELLY IOANE'S MOTION FOR SANCTIONS [Fed. R. Civ. P. 26(g)]; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF PETER BORENSTEIN IN SUPPORT THEREOF; PROPOSED ORDER.**<br>Date:　　　　　　　July 10, 2020<br>Time:　　　　　　　10:00 am<br>Judge:　　　　　　Hon. Erica P. Grosjean<br>Courtroom:　　　　10<br><br>Action Filed:　　　　April 24, 2007<br>Fact Discovery Deadline: April 17, 2020 |

**TO DEFENDANT JEAN NOLL AND HER ATTORNEY OF RECORD IN THE ABOVE CAPTIONED MATTER:**

　　　　PLEASE TAKE NOTICE THAT on July 10, 2020 at 10:00 am or as soon thereafter as may be heard, in Courtroom 10 of this Court located at 2500 Tulare Street, Fresno, the Honorable Erica P. Grosjean presiding, Plaintiff Shelly Ioane will move, and hereby does move, this Court pursuant to Local Rule 251(e) to impose sanctions against Defendant Jean Noll and/or counsel for Defendant for violating Rule 26(g) of the Federal Rules of Civil Procedure.

This motion is made on the grounds that counsel for Defendant certified and filed a Notice and Motion to Compel on June 12, 2020 that seeks permission to serve deposition subpoenas after the close of fact discovery and exclude evidence of trial, both of which are beyond the scope of a motion to compel discovery responses pursuant to Rule 37 of the Federal Rules of Civil Procedure. Therefore, Defendant's motion to compel is not consistent with the Federal Rules of Civil Procedure, existing law, or this Court's April 27 order granting Defendant permission to file a motion compel after the close of fact discovery, making the imposition of sanctions against Defendant and/or counsel for Defendant mandatory under Rule 26(g).

This motion is based on this Notice, the attached Memorandum of Points and Authorities, the Declaration of Peter Borenstein and attached exhibits, on all files and records in this action, and on such further evidence and arguments as the Court receives in connection with this motion.

Respectfully submitted,

Dated:   6/16/20                                                          By: _____

Peter Borenstein
Attorney for Plaintiff
SHELLY IOANE

NOTICE OF MOTION AND PLAINTIFF'S MOTION FOR SANCTIONS – HALLIDAY, ET AL. V. SPJUTE, ET AL.

2