1
2
3
4
5
6
7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| SHELLY J. IOANE, et al., | Case No. 1:07-cv-00620-AWI-EPG |
| Plaintiffs, | **ORDER GRANTING IN PART MOTION TO COMPEL; EXTENDING NON-EXPERT DISCOVERY DEADLINE; DENYING MOTION FOR SANCTIONS** |
| v. | |
| JEAN NOLL, et al., | (ECF Nos. 536, 537, 540) |
| Defendants. | |

        On June 19, 2020, the Court held a hearing on the motion to compel filed by defendant

Jean Noll ("Defendant"). (ECF Nos. 536, 537.) At this hearing, the Court also addressed the

motion for sanctions filed by Shelly Ioane ("Plaintiff"). (ECF No. 540.) For the reasons

discussed during that conference,

        IT IS ORDERED that:

        1.  Defendant's motion to compel (ECF No. 536) is GRANTED in part.

            a.  As to Defendant's Interrogatory No. 20:

                i.  Plaintiff shall provide, no later than July 10, 2020, a supplemental written

                    response regarding the portion of Defendant's Interrogatory No. 20 that

                    requests Plaintiff to "identify each instance, with particularity, where your

                    alleged distress or trauma resulted in loss (financial or otherwise), expense, or

                    other kinds types of purported damage."

  ii. Plaintiff shall participate in an additional deposition with such deposition subject to the following conditions:

   a) The deposition shall be held between July 15, 2020, and August 7, 2020.

   b) The deposition shall be no longer than three (3) hours on the record, not including any conferences with the Court to resolve any objections.

   c) The subject matter of the deposition shall be limited to damages information either regarding events following the date of Plaintiff's last deposition or additional details regarding the disclosure that was made in Plaintiff's June 1, 2020, supplemental response to Defendant's Interrogatory No. 20.

   d) The deposition shall be a video deposition taken by remote means under Federal Rule of Civil Procedure 30(b)(4). The parties are directed to meet and confer regarding the precise method of video means to be used for the remote video deposition.

   e) If, during the deposition, a dispute arises, the parties may reach out to the Court and the undersigned, if available, will resolve the dispute. If the parties would like to ensure that the undersigned is available on the day of the deposition, the parties may reach out to Courtroom Deputy Michelle Rooney to confirm whether the undersigned is scheduled to be in chambers on the day the deposition is scheduled to occur.

b. As to Defendant's Interrogatory No. 18:

  i. No later than July 10, 2020, Plaintiff shall provide a written supplement that either provides any additional names and contact information for individuals who may have discoverable information and who have not previously been disclosed by Plaintiff or state that there are no additional names that have not been previously disclosed.

  ii. No later than July 10, 2020, Plaintiff shall provide the home address of Michael Ioane Jr., Mrs. Ioane's son, or state that Plaintiff does not have that

1   information.

2      c.  The non-expert discovery cutoff is extended in so far as Defendant is granted

3         leave to take the depositions of any individual who is listed in Plaintiff's

4         June 1, 2020 supplemental response to Defendant's Interrogatory No. 18 or in the

5         supplemental response to Interrogatory No. 18 required by this order, and who

6         was not previously disclosed by Plaintiff in a Federal Rule of Civil Procedure 26

7         disclosure.

8           i.  Any such deposition shall not exceed three (3) hours in length.

9           ii.  Discovery cutoff for these depositions is October 9, 2020.

10           iii.  Plaintiff and her counsel are precluded from raising any further objections

11                 to these depositions. During the depositions, Plaintiff's counsel may make

12                 objections on the record on behalf of Plaintiff but may not raise objections

13                 on behalf of the witnesses.

14     2.  Plaintiff's Motion for Sanctions (ECF No. 540) is DENIED.

15     3.  Defendant's request for costs and fees under Federal Rule of Civil Procedure

16        37(a)(5)(A) is DENIED.

17

18   IT IS SO ORDERED.

19   Dated:  **June 19, 2020**         /s/ _Erica P. Grosjean_

20                            UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28