RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

JAMES E. WEAVER
Senior Litigation Counsel
YEN JEANNETTE TRAN
RYAN S. WATSON
Trial Attorneys
Tax Division, U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044
(202) 305-4929 (v)
(202) 616-3366 (v)
(202) 307-0054 (f)
James.E.Weaver@usdoj.gov
Y.Jeannette.Tran@usdoj.gov
Ryan.Watson@usdoj.gov

*Of Counsel:*
MCGREGOR W. SCOTT
United States Attorney
Eastern District of California

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELLY IOANE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JEAN NOLL,<br><br>　　　　Defendant. | Case No. 1:07-cv-00620 AWI EPG<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO COMPLETE DEPOSITION OF SHELLY IOANE** |

### STIPULATION

Shelly Ioane and Jean Noll, through their respective undersigned counsel, hereby stipulate to extend the deadline to complete the deposition of Shelly Ioane set forth in the Court's June 22, 2020 Order (ECF No. 542) to August 21, 2020.

1


On August 6, 2020 counsel for Ms. Noll commenced the deposition in accordance with the Court's Order.  The deposition was suspended by agreement, however, after Ms. Ioane was unable to continue. Counsel for Ms. Noll and Ms. Ioane agreed on the record to continue the deposition over to another date, tentatively August 12, 2020, subject to obtaining the Court's approval to extend the deadline for completing Mrs. Ioane's deposition.

Undersigned counsel stipulates to extend the deadline to complete the deposition from August 7, 2020 to August 21, 2020.

WHEREFORE, the parties request that the Court approve this stipulation and extend the deadline to complete the deposition to August 21, 2020. A proposed order is set forth below.

Dated: August 6, 2020                                   Respectfully submitted

                                                        By: */s/ Peter Borenstein via E-Mail Approval*
                                                        PETER BORENSTEIN

                                                        Attorney for Plaintiff
                                                        SHELLY J. IOANE


                                                        RICHARD E. ZUCKERMAN
                                                        Principal Deputy Assistant Attorney General

                                                        */s/ Yen Jeannette Tran*
                                                        JAMES E. WEAVER
                                                        YEN JEANNETTE TRAN
                                                        RYAN S. WATSON

                                                        Attorney for Defendant
                                                        JEAN NOLL

**ORDER**

Pursuant to the stipulation of the parties (ECF No. 553) and as set forth above, and good cause appearing therefore, the deadline to complete the deposition of Shelly Ioane is extended to August 21, 2020.

IT IS SO ORDERED.

Dated: __**August 7, 2020**__                    /s/ Erica P. Grosjean
                                                          UNITED STATES MAGISTRATE JUDGE