UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELLY IOANE,<br><br>           Plaintiff,<br><br>    v.<br><br>JEAN NOLL,<br><br>           Defendant. | Case No. 1:07-cv-00620 AWI EPG<br><br>**ORDER REGARDING EXPERT DISCOVERY DEADLINES AND BRIEFING SCHEDULE FOR DEFENDANT'S MOTION FOR SUPPLEMENTAL RULE 35 EXAMINATION OF PLAINTIFF**<br><br>(ECF No. 562) |

Pursuant to the stipulation of the parties (ECF No. 562), and finding good cause exists, IT IS ORDERED:

1. The following expedited briefing schedule applies to Defendant's Rule 35 Motion for Supplemental Psychological Examination of Plaintiff by Dr. Ricardo Winkel:

    a. Defendant's Motion, Brief and Supporting Papers: **September 11, 2020**

    b. Plaintiff's Response: **September 18, 2020**

    c. Defendant's Reply: **September 22, 2020**

    d. Telephonic Hearing Date: **September 25, 2020 at 10:00 a.m.,** in Courtroom 10 (EPG) before Magistrate Judge Erica P. Grosjean. To participate

telephonically, each party is directed to use the following dial-in number and passcode: 1-888-251-2909; passcode 1024453.

2. If the Court grants Defendant's motion and orders a Rule 35 supplemental psychological examination of Plaintiff by Dr. Winkel:

    a. Plaintiff and Dr. Winkel shall be available to proceed with a Rule 35 examination of Plaintiff on **September 29, 2020** or **September 30, 2020** (with Plaintiff to select one of the two dates no later than the close of business on **September 25, 2020**, should the Court order an examination); and

    b. Should additional time be required to complete any such supplemental examination, Plaintiff and Dr. Winkel shall be available to complete the examination on **October 2, 2020**.

3. The expert discovery deadlines are modified as follows:

    a. Rebuttal Expert Disclosure Deadline: **October 9, 2020**

    b. Expert Discovery Cutoff: **October 30, 2020**

IT IS SO ORDERED.

Dated: **September 4, 2020**    /s/ *Erica P. Grosjean*
UNITED STATES MAGISTRATE JUDGE

2