Peter Borenstein (SBN 304266)
P.O. Box 885
Culver City, CA 90232
(213) 362-8740 (tel)
(877) 460-3681 (fax)
peter@brnstn.org

Attorney for Plaintiff
SHELLY IOANE

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLEN HALLIDAY, et. al.<br><br>         Plaintiffs,<br>vs.<br><br>KENT SPJUTE, et. al.<br><br>         Defendants. | Case No. 1:07-cv-00620-AWI-EPG<br><br>**NOTICE OF MOTION AND PLAINTIFF'S MOTION TO REOPEN DISCOVERY FOR THE LIMITED PURPOSE OF COMPELLING THE DEPOSITION OF DEFENDANT JEAN NOLL**<br><br>Date:         October 9, 2020<br>Time:        10:00 am<br>Judge:      Hon. Erica P. Grosjean<br>Courtroom:    10 |

**TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

     PLEASE TAKE NOTICE that on October 9, 2020, at 10:00 am, or as soon thereafter as the matter may be heard in Courtroom 10 of the above-entitled court, located at 2500 Tulare Street, Room 1501, Fresno, CA 93721, Plaintiff Shelly Ioane will move, and hereby does move, the Court to reopen discovery for the limited purpose of compelling the deposition of Defendant Jean Noll.

     Plaintiff was granted permission to file the instant motion at an informal discovery conference with the Court on August 28, 2020. Plaintiff now files her motion and notice of

motion to reopen discovery for the limited purpose of compelling the deposition of Defendant Jean Noll pursuant to Local Rule 251(a).

Dated: 9/18/20       By: _____
                        Peter Borenstein
                        Attorney for Plaintiff
                        SHELLY IOANE