Peter Borenstein (SBN 304266)
P.O. Box 885
Culver City, CA 90232
(213) 362-8740 (tel)
(877) 460-3681 (fax)
peter@brnstn.org

Attorney for Plaintiff
SHELLY J. IOANE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLEN HALLIDAY, SHELLY J. IOANE, ET AL.,<br><br>    Plaintiffs,<br><br>vs.<br><br>KENT SPJUTE, JEAN NOLL, ET AL.,<br><br>    Defendants. | Case No. 1:07-cv-00620-AWI-EPG<br><br>**DECLARATION OF PETER BORENSTEIN IN SUPPORT OF PLAINTIFF SHELLY IOANE'S EX PARTE APPLICATION TO STAY MAGISTRATE'S JUDGE ORDER FOR A SECOND MENTAL EXAMINATION** |

I, PETER BORENSTEIN, declare that:

1. I am the attorney of record for Plaintiff Shelly Ioane ("Plaintiff" or "Mrs. Ioane") in the above entitled action. I have personal knowledge of the matters set forth in this declaration.

2. On September 25, 2020, Judge Grosjean granted Defendant Jean Noll's motion for a second Rule 35 mental examination to be conducted this Wednesday, September 30.

3. On September 28, 2020, Plaintiff filed a request for reconsideration by the District Court of Judge Grosjean's order.

4. Pursuant to Local Rule 303, "the request shall be referred to the assigned Judge automatically by the Clerk, promptly following the date for filing opposition, . . ." The deadline for filing an opposition to Plaintiff's request for reconsideration is October 5, 2020.

5. Therefore, Plaintiff now seeks a stay of the September 25 order to permit the District Court's review.

1  I declare under penalty of perjury under the laws of the State of California that the
2  foregoing is true and correct.

4  Executed on this 28th day of September 2020, at Los Angeles, California.

_____
Peter Borenstein

DECLARATION OF PETER BORENSTEIN IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION TO STAY MAGISTRATE JUDGE'S ORDER FOR A SECOND MENTAL EXAMINATION – HALLIDAY, ET AL. V. SPJUTE, ET AL.
2