**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **MICHAEL IOANE, et al,** | **CASE NO. 1:07-CV-0620 AWI EPG** |
|       **Plaintiffs** | **ORDER RE: REQUEST FOR STAY** |
|       **v.** | |
| **KENT SPJUTE, et al,** | |
|       **Defendants** | |

Magistrate Judge Erica Grosjean has ordered Plaintiff Shelly Ioane to submit to a mental examination. Doc. 578.  Plaintiff seeks reconsideration of the order. Doc. 580.  The examination is scheduled to take place before briefing on the reconsideration is complete.  Plaintiff has made an ex parte request to stay the order. Doc. 581.  In this circumstance, a limited stay of this discovery request is appropriate.  The mental examination is stayed pending further order of this court.

IT IS SO ORDERED.

Dated:  September 30, 2020

                          SENIOR DISTRICT JUDGE