RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

JAMES E. WEAVER
Senior Litigation Counsel
YEN JEANNETTE TRAN
RYAN S. WATSON
Trial Attorneys
Tax Division, U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044
(202) 305-4929 (v)
 (202) 307-0054 (f)
James.E.Weaver@usdoj.gov
Y.Jeannette.Tran@usdoj.gov
Ryan.Watson@usdoj.gov

*Of Counsel:*
MCGREGOR W. SCOTT
United States Attorney
Eastern District of California

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELLY IOANE,<br><br>            Plaintiff,<br><br>    v.<br><br>JEAN NOLL,<br><br>            Defendant. | Case No. 1:07-cv-00620 AWI EPG<br><br>**DECLARATION OF JAMES E. WEAVER IN OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL AND IN SUPPORT OF PART III.B (DEFENDANT'S CONTENTIONS) OF JOINT STATEMENT FILED ON OCTOBER 2, 2020** |

I, JAMES E. WEAVER, pursuant to Section 1746 of Title 28 of the United States Code, declare as follows:

1

13477218.2

1. I am a Senior Litigation Counsel with the Department of Justice. I am assigned to the above-captioned case as an attorney representing Defendant Jean Noll.

2. I attach as **Exhibit 1** a copy of a letter that I sent to Peter Borenstein on January 10, 2020.

3. I attach as **Exhibit 2** a copy of a letter that I sent to Peter Borenstein on January 17, 2020. I have highlighted a portion of this document for the Court's reference.

4. I attach as **Exhibit 3-A** a copy of an email chain that I have printed out, with the top email in the chain being an email that Peter Borenstein sent on January 21, 2020. I have highlighted portions of this document for the Court's reference.

5. I attach as **Exhibit 3-B** a copy of an email chain that I have printed out, with the top email in the chain being an email that I sent on January 30, 2020. I have highlighted portions of this document for the Court's reference.

6. I attach as **Exhibit 4** a copy of a Notice of Taking Deposition dated February 20, 2020 that I received from Plaintiff's counsel. I have highlighted portions of this document for the Court's reference.

7. I attach as **Exhibit 5** a copy of an email chain that I have printed out, with the top email in the chain being an email that Peter Borenstein sent on March 12, 2020. I have highlighted portions of this document for the Court's reference.

8. I attach as **Exhibit 6** a copy of an email chain that I have printed out, with the top email in the chain being an email that I sent on March 12, 2020. I have highlighted portions of this document for the Court's reference.

9. I attach as **Exhibit 7** a copy of Plaintiff Shelly Ioane's Response to Defendant Jean Noll's Special Interrogatories, Set Two that I received on March 30, 2020.

10. I attach as **Exhibit 8** a copy of a letter that I sent to Peter Borenstein on April 6, 2020. I have highlighted portions of this document for the Court's reference.

11. I attach as **Exhibit 9** a copy of an email chain that I have printed out, with the top email in the chain being an email that Peter Borenstein sent on April 10, 2020. I have highlighted portions of this document for the Court's reference.

13477218.2

12. I attach as **Exhibit 10** a copy of Plaintiff's Letter Brief dated April 22, 2020 that I received from Plaintiff's counsel.  I have highlighted a portion of this document for the Court's reference.

13. I attach as **Exhibit 11** excerpts from a transcript of the telephonic informal discovery dispute conference in this case held on April 23, 2020.  I have highlighted a portion of this document for the Court's reference.

14. I attach as **Exhibit 12** a copy of an email that I have printed out, that Peter Borenstein sent on August 4, 2020.  I have highlighted portions of this document for the Court's reference.

15. I attach as **Exhibit 13** a copy of an email chain that I have printed out, with the top email in the chain being an email that Peter Borenstein sent on August 6, 2020.  I have highlighted portions of this document for the Court's reference.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 2, 2020.

/s/ James E. Weaver
James E. Weaver
Senior Litigation Counsel

3

13477218.2