UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELLY IOANE,<br><br>             Plaintiff,<br><br>       v.<br><br>JEAN NOLL,<br><br>             Defendant. | Case No. 1:07-cv-00620 AWI EPG<br><br>**ORDER VACATING TRIAL AND PRETRIAL DATES**<br><br>**(Docs. 598 and 600)** |

Defendant, Jean Noll, has filed a motion for an order vacating the currently scheduled pretrial conference set for March 24, 2021, hearing on motions in limine set for May 3, 2021, and jury trial set to commence on May 25, 2021 (Docket No. 527), and resetting such dates in tandem with the rescheduling of expert discovery deadlines. For good cause shown, it is hereby,

**ORDERED**, that Defendant's motion is granted; and it is further,

**ORDERED**, that:

The dates for the pretrial conference, hearing on motions in limine, and the commencement of a jury trial in this case are vacated.

IT IS SO ORDERED.

Dated:   March 5, 2021                                           _____
                                                                                  SENIOR DISTRICT JUDGE

1