Peter Borenstein (SBN 304266)
P.O. Box 885
Culver City, CA 90232
(213) 362-8740 (tel)
(877) 460-3681 (fax)
peter@brnstn.org

Former Attorney for Plaintiff
SHELLY IOANE

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLEN HALLIDAY, et al., | Case No. 1:07-cv-00620-AWI-EPG |
| Plaintiffs, | |
| | **RESPONSE** |
| vs. | |
| KENT SPJUTE, et al., | |
| Defendants. | |

Please take notice that I no longer represent Plaintiff Shelly Ioane. The representation ended in June 2021. Since that time, it has been my understanding that Mrs. Ioane was seeking to retain new counsel to proceed with this case.

Respectfully submitted,

Dated: 4/15/22                By: _____
                                        PETER BORENSTEIN